UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

FILED
JUN 2 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Denard-Darnell: Neal
P.O. Box 1033
Federal Correctional Complex
Coleman, Florida. 33521-1033
Reg No. 23843-008

 Vs.

JOHN SNOW, SECRETARY OF THE TREASURY
DEPT. OF THE TREASURY
1500 PENNSYLVANIA AVE., N.W.
WASHINGTON, D.C. 20220
WILLIAM G. STEWART II, ACTING ASSISTANT DIRECTOR
EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS
FREEDOM OF INFORMATION-PRIVACY ACT STAFF
600 E Street, N.W. Room 7300
WASHINGTON, D.C. 20530

CASE NUMBER 1:06CV01124
JUDGE: Ellen Segal Huvelle
DECK TYPE: FOIA/Privacy Act
DATE STAMP: 06/20/2006

CIVIL ACTION No. _____

CIVIL COMPLAINT--JURY TRAIL DEMANDED

I, Denard-Darnell, sui juris, of the Neal Family, in my capacity as the Secured Party-Creditor, Holder-In-Due-Course, Trade Name Owner, Recorder Owner, Internationally protected MAN upon the soil of Arizona Republic, Illinois Republic and Florida Republic, and beneficiary fo the Original Jurisdiction, do present this documents by Affidavit, waving no Powers, Rights or Immunities by use of private, copyrighted Statutes, absent assent and proven by Contract affixed with my proper signature and seal.

VIOLATIONS OF AGGRIEVED PARTY RIGHTS

Aggrieved Party asserts the following violations against the Secretary of Treasury John Snow; Theft Of aggrieved Party Property (Trade Name- UCC Contract Trust Account); Violation of the Privacy Act; Violation of the Aggrieved Party Right to Due Process In Accordance with the Fifth Amendment; Violation of Aggrieved Party Right to Legally Discharge any and all Debts in accordance with House Joint Resolution -192 (hereinafter-HJR-192). Violations of Aggrieved Party Right to Conduct and enter into Commercial Contracts; Violations of Aggrieved Party Right to Conduct Commerce; Violation of Aggrieved Party Right to Full Disclosure in Accordance with the Fifth Amendment.

RECEIVED
MAY 3 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S.DISTRICT COURT

-1-

## VIOLATIONS OF AGGRIEVED PARTY RIGHTS

Aggrieved Party assert the following Violations against William G. Stewart of the Justice Department: Trafficing in Stolen Securities in the form of the following (BID BOND-PAYMENT BOND-PERFORMANCE BOND); Identity Theft; Violation of Due Process in Accordance with the Fifth Amendment; Violation of Aggrieved Party Fourth Amendment Right to be Secured in Ones Person, Property and Effects:

## JURISDICTION OF THE COURT

The UNITED STATES DISTRICT COURT, DISTRICT OF COLUMBIA has Jurisdiction to hear and adjudicate civil actions being brought against UNITED STATES, its agents, actors, officials, and employees by a foreign national or non Citizen of UNITED STATES. The Respondents name herein are agents and officials of the UNITED STATES thereby granting this Court Jurisdiction as established by the Courts charter under Article III. The Aggrieved Party invoke the UNITED STATES DISTRICT COURT, DISTRICT OF COLUMBIA ARTICLE III Power and Jurisdiction.

## IDENTIFICATION OF AGGRIEVED PARTY

I, Denard-Darnell (hereinafter "Aggrieved Party") [U.C.C. 62A 1-201], sui juris, of the Neal Family, am a Sovereign, A Private Party with the unalienable and imprescriptable Rights to life, Liberty and Property, secured, protected and guaranteed by GOD Almighty, the State and Federal Constitutions, and the Rights and Remedies afforded by the Uniform Commercial Code.

Furthermore, this Aggrieved Party is a living, breathing, flesh and blood <u>human upon the soil</u>, (Indispensable Party) within the State of Arizona, State of Illinois and State of Florida, with sentient and moral existence. This Aggrieved Party is the Holder-In-Due-Course [62A 3-302] of the Document of Title, [U.C.C. 62A 1-201 (15) 5-102 (f)] a Secured Party-Creditor [U.C.C. 62A 9-105 (m)], Trade Name Owner and Record Owner. This Aggrieved Party is NoN-Incorporated, Non-Debtor, Non-Person, Non-Citizen, Non-Resident, ( a Non-Resident Alien of the District of Columbia, Arizona Republic, Illinois Republic, and Florida Republic) Non-Defendant, Non-Fiction, Non-Subject and Non-Participant in any government program.

For my purpose, by AFFIDAVIT IN REBUTTAL, I Denard-Darnell; Neal, sui juris, do hereby grant LIMITED USE OF THE TRADE NAMES @ DENARD DARNELL NEAL for the purpose of response to this AFFIDAVIT ONLY. No other use of Trade Name is permitted unless express written consent is granted by trade Name Owner. The Aggrieved Party and undersigned, having first-hand-knowledge of the facts herein and and being of the age to contract, do DECLARE the following in Aggrieved Party's own authority, invoking the "Instrumentality Rule", i.e. Piercing the Corporate Veil Rule, in the first instance upon discovery of any debt, duty, claim or obligation. Let not action or writing be construed to imply the granting of any power of attorney, waiver of any Rights or assignment of Title, and on the undersigned's Unlimited Oath, I will tell the Truth and nothing but the Truth, in any Court, if called upon to do so. This Affidavit is in Commerce. This Aggrieved Party now states for the Official Record:

### STANDING OF AGGRIEVED PARTY

I, Denard-Darnell: Neal, sui juris do DECLARE that I am Sovereign <u>not</u> having the status of UNITED STATES Citizen, being without the jurisdiction and venue of the District of Columbia, having Secured the rights of Sovereign, this Secured Party, Aggrieved Party non- Resident Alien meets the requirement to bring this Civil Action before this Court against United States, its agents and officials for the Violation of Aggrieved Party unalienable and imprescriptable Rights.

### STATEMENT OF FACTS

1.) Aggrieved Party assert that agents working for the department of Treasury has created a factious entity known as DENARD DARNELL NEAL without the permission of Aggrieved Party.

2.) Aggrieved Party was never given full disclosure of any type of Contract that may have allowed the Treasury Dept., to establish the factious entity known as DENARD DARNELL NEAL.

3.) Aggrieved Party state that the Treasury Dept., conceal the fact that the factious created entity DENARD DARNELL NEAL, was created to allow the Treasury Dept. to conduct commercial transactions thur.

4.) Aggrieved Party assert that the Treasury Dept., working with the Social Security Agency created what is known as the social security card in order to hid the fact that the Treasury Dept., was and continue to maintain secret accounts which said accounts is commonly known by the Treasury Dept., as UCC Contract Trust Accounts.

5.) Aggrieved Party state that the Treasury Dept., never intended to disclose the UCC Contract Trust Account, Aggrieved party Declaration of Sovereign require that any and all property, accounts, documents, that bear the aggrieved party identity be immediately return to Aggrieved Party, including the UCC Contract Trust Account.

6.) Aggrieved Party assert that the entity known as DENARD DARNELL NEAL is the register property of Aggrieved Party as evidence upon review at the Iowa State Commercial Registry, see exhibit-A.

7.) Aggrieved Party contend that the creation of the UCC Contract Trust Account for every American Citizen was to provide each and every American citizen with a means in which to discharge any and all debts acquire in life by American citizens via the UCC Contract Trust Account establish by the Treasury Department.

8.) Aggrieved Party stress that one of the reasons for the creation of the UCC Contract Trust Accounts is the fact that Federal Reserve Notes are valueless and the currency is not back by gold bullion as expected, the currency is being back by the full faith and Credit of the People ( **THE AMERICAN CITIZENS**).

9.) Aggrieved Party argue that the Treasury Dept., has denied this aggrieved party access to his property ( UCC Contract Trust Account) without due process of the law in violation of aggrieved party Fifth Amendment, and Fourth Amendment.

10.) Aggrieved Party state that denial of access to his property ( UCC Contract Trust Account ) has cause this aggrieved party irreparable injury and damage.

11.) Aggrieved Party state that the Treasury Dept., refusal to release funds from aggrieved party UCC Contract Trust Account has made it impossible for aggrieved party to Discharge any and all debts acquire by aggrieved party or aggrieved party debtor, transmitting utility DENARD DARNELL NEAL.

12.) Aggrieved Party assert that the Treasury Dept., can not stop, interfere, hinder, block or denied aggrieved party his legal and absolute, unalienable, imprescripatable rights to enter into commercial contracts.

13.) Aggrieved Party assert that funds contain within the account know as the UCC Contract Trust Account, were created by the selling of aggrieved party Certificate of Live Birth without the Aggrieved Party consent to the selling of said document.

14.) Aggrieved Party assert that the selling of documents by the Treasury Dept., when said documents are not the property, and never was the property ( Certificate of Live Birth ), constitutes identity theft by the Treasury Dept., and just because this crime was stem from a government agency does not make this any lesser of a crime.

## STATEMENT OF FACTS--DEPARTMENT OF JUSTICE

1.) Aggrieved Party assert that the Dept., of Justice via the UNITED STATES ATTORNEY OFFICES ( hereinafter--U.S. Attorney) has created bonds in the Aggrieved party identity.

2.) Aggrieved Party has attempted to have these bonds that were created in the identity of Aggrieved Party return to him, via freedom of information request to the Justice Department.

3.) aggrieved Party assert that said bonds is believe to be value at 24 million per bond but the actual value of each bond is unknown to aggrieved party.

4.) aggrieved Party is aware of at least three (3) different bonds being created in aggrieved party identity and list the following bond:  1.) BID BOND;  2.) PAYMENT BOND;  3.) PERFORMANCE BOND.

5.) Any and every attempts by aggrieved party to have these bonds return to aggrieved party has been met with games by personnel working in the U.S. Attorney office.

## STATEMENT OF FACTS--DEPARTMENT OF JUSTICE

6.) Aggrieved Party assert that given the fact that the U.S. Attorney office illegally stole aggrieved party identity to make bonds which has been sold in order to generate funds for the use within the Justice Dept., thereby illegally trafficking in commerce.

7.) Aggrieved Party assert that the U.S. Attorney can bring forth no legal Contract or proof of claim that aggrieved party was a signatory to or render consent to the U.S. Attorney office to use aggrieved party identity to create said bonds in order to generate commerce for any government agency.

8.) Aggrieved Party assert that the U.S. Attorney office response to the freedom of information request to have the bonds return to aggrieved party has not been fulfill and the U.S. Attorney office would like for the aggrieved party to believe that it need all of nine months to return said bonds.

9.) Aggrieved Party assert that this is ridiculous that the Justice Dept., would claim that it will take nine (9) months to find the bonds in question. It do not take the government nine (9) months to build a nuclear weapon but the Justice Dept., would claim it need nine (9) months to find three (3) bonds, bonds which the Justice Dept., continue to receive revenue from.

10.) Aggrieved Party assert that the Justice Dept., have no intention of providing aggrieved party with the requested bonds. The response to aggrieved party request via the submitted freedom of information request was only a ploy to string aggrieved party along. See exhibit-B.

11.) Aggrieved Party stress that any and all documents bearing the aggrieved party name, and or any derivatives thereof or therefrom printed or written, spelled in upper or lower case, whole or in part is a direct violation of the aggrieved party Trade Name of which is register with the Secretary of State, State of Iowa commercial Registry UCC Division.

## CLAIMS

1.) Aggrieved Party assert that defendants John Snow has violated aggrieved party absolute, unalienable, imprescriptable, Fundamental Rights to be secured in his person, property and effects in accordance with the Fourth, Fifth Amendment as guaranteed by the Constitution for the <u>u</u>nited States of America, by refusal to release funds contain in aggrieved party UCC Contract Trust Account.

2.) Aggrieved party assert that defendant John Snow has violated aggrieved party absolute, unalienable, imprescriptable, fundamental Rights to due process of the law in accordance with the Fifth Amendment were upon defendant has fail to produce a claim or any other lawful means that would grant defendant access and or control over aggrieved party UCC Contract Trust Account.

3.) Aggrieved Party assert that defendant John Snow has violated aggrieved party absolute, unalienable, imprescriptable, fundamental rights to be secured in ones person, property and effects when the defendants created and use a factious entity thereby constituting identity theft in violation of aggrieved party Fourth and Fifth Amendment Rights.

4.) Aggrieved party assert that defendant John Snow has violated aggrieved party Fourth and Fifth Amendments to be secured in ones person, property and effects vial the unauthorize use of aggrieved party Trade Name which is register in the state of Iowa License Department and Commercial Notice of Trade Name being provided to defendant John Snow by aggrieved party via certified mail.

5.) Aggrieved Party assert that defendant John Snow has violated aggrieved party absolute, unalienable, imprescriptable, fundamental rights to discharge any and all debts aggrieved party may have or may acquire, in accordance with due process under the Fifth Amendment.

-7-

6.) Aggrieved party assert that defendant John Snow has violated aggrieved party absolute, unalienable, imprescriptable, fundamental right under the Fifth Amendment to full disclosure of any and all accounts being maintain by defendant under aggrieved party identity.

7.) Aggrieved Party assert that defendant William G. Stewart II has violated aggrieved party absolute, unalienable, imprescriptable fundamental right to be secured in ones person and property and effects in accordance with the Fourth and Fifth Amendments when defendant created bonds containing the identity of aggrieved party.

8.) Aggrieved Party assert that defendant William G. Stewart II has violated Aggrieved Party absolute, unalienable, imprescriptable, fundamental rights to be secured in ones person, property and effects under the Fourth and Fifth Amendment when defendant unauthorize used aggrieved party register commercial Trade name.

9.) Aggrieved Party assert that defendant William G. Stewart II violated aggrieved party right to full disclosure in accordance with the Fifth Amendment when defendant fail to release any and all requested documents bearing aggrieved party identity.

10.) Aggrieved Party assert that defendant William G. Stewart II has violated aggrieved party rights under the Privacy Act of 1970 which require the defendants to release any and all documents requested by aggrieved party.

## RELIEF SOUGHT

1.) Aggrieved Party request that defendant John Snow be order by the Court to release any and all funds contain within the UCC Contract Trust Account bearing the identity of aggrieved party immediately.

2.) Aggrieved Party request that defendant John Snow be order by the Court in the alternative to the relief sought in paragraph-1 that the defendant pay the aggrieved party ONE HUNDRED BILLION DOLLARS ($ 100,000,000,000.00) as agree upon within the aggrieved party security agreement.

## RELIEF SOUGHT

3.) Aggrieved Party request that defendant John Snow be order to produce any and all documents that are necessary by the aggrieved party to gain access and control over the UCC Contract Trust Account bearing aggrieved party identity.

4.) Aggrieved Party request that defendant William G. Stewart II be order to release any and all bonds which bear the identity of aggrieved party.

5.) Aggrieved Party request that defendant William G. Stewart II and or the Justice Department in the alternative to releasing the bonds requested pay aggrieved party the sum of Twenty Four Million Dollars per bond, for a total payment of Seventy Two Million Dollars ($ 72,000,000.00 ) for the three (3) bonds in question, **BID BOND, PAYMENT BOND, AND PERFORMANCE BOND.**

## VERIFICATION

Pursuant to the laws of perjury of the State of Florida, State of Illinois and the State of Arizona and the united States Constitution of America the aggrieved party assert that the foregoing is true and correct to the best of the aggrieved party First hand Knowledge.

EXECUTED AND SIGNED by Me this ___10TH___ day of ___April___

2006 C.E., in Sumter County, State of Florida.

___Denard-Darnell: Neal. Sui Juris___
Denard-Darnell: Neal. Sui Juris
23843-008  UCC 1-308
P.O. BOX 1033
Federal Correctional Complex
Coleman, Florida. 33521-1033
UNITED STATES PENITENTIARY-1

SUBSCRIBED AND SWORN to before me this ___10TH___ day of ___April___ 2006
_____ (Seal)
Notary Public

in and for the State of ___Florida___.

My Commission Expires: ___09/07/09___

NOTARY PUBLIC-STATE OF FLORIDA
Robert Dean Shank
Commission # DD469477
Expires: SEP. 07, 2009
Bonded Thru Atlantic Bonding Co., Inc.

-9-