Denard-Darnell: Neal
Aggrieved Party

Exhibit-A

No.9509  P. 3

P506739

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO:  (Name and Address)

```
Denard-Darnell:Neal (23843-008)
P.O. BOX 1033
Federal Correctional Complex
Coleman, Florida. 33521-1033
United States Penitentiary
***LEGAL MAIL***
```

FILED
SECRETARY OF STATE
IOWA

2005 MAY -3  P 4: 30

C.30

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **DENARD DARNELL NEAL** | | | | |

| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| P.O. BOX 1033 | Coleman | F1 | 33521-1033 | USA |

| 1d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | Corporation | Private | 277 276 X11 / NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |

| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

UTILITY

| 2d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)    ☐ NONE

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |

| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Neal | Denard-Darnell | N/A | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| P.O. BOX 1033 | Coleman | F1 | 33521-1033 | USA |

4. This FINANCING STATEMENT covers the following collateral: RECORD OWNER : Denard-Darnell:Neal. The entry of the Debtor in the Commercial Registry as a Transmitting Utility and all other property as follows; Birth Registration Notice; Certificate of Birth; Security Agreement dated 02-19-05 and Notarized Amendment; Exemption ID#32964922S; UCC Contract Trust Account #682-28-687; Pre-Paid Account # E68228687; Posted Certified Acct: # 6232I5772; Social Security Acct: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; All debentures, indentures, accounts, pledges; Nunc Pro Tunc. All Property is Accepted For Value and is Exempt From Levy, pursuant to HJR-192 and UCC§§ 1-104, 10-104, 3-419, and the Orders therefrom are released to DEBTOR, to include all signatures, endorsements, facsimile, copyright, printed,typed, or photocopies of "RECORD OWNER'S AND NAME AND TITLE". RECORD OWNER'S IS NOT GUARANTOR TO ANY OTHER ACCOUNT BY EXPLICIT RESERVATION , WITHOUT PREJUDICE,UCC § 1-207. TOTAL VALUE OF INSTRUMENTS: $ 1,000,000.00.  TOTAL VALUE OF COLLATERAL IN SECURITY AGREEMENT : $ 100,000,000,000,00.

| 5. ALTERNATIVE DESIGNATION [if applicable]: | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.    Attach Addendum    [if applicable] | | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]    [optional] | | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |

8. OPTIONAL FILER REFERENCE DATA

The Parties are governed by UCC §§ 1-102 thur 1-107

06 1124

FILED

JUN 2 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

9a. ORGANIZATION'S NAME

OR

9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX
---|---|---
DENARD DARNELL NEAL | |

10. MISCELLANEOUS:

For further Identification of Secured Party/Creditor and DEBTOR, see attached documents to be filed: "Commercial Notice of Trade Name"; Affidavit of Denial"; and Declaration and Certificate of Sovereign Status" .

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - Insert only one name (11a or 11b) - do not abbreviate or combine names

11a. ORGANIZATION'S NAME

OR

11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX
---|---|---|---
| | |

11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY
---|---|---|---|---

11d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any

12. ADDITIONAL SECURED PARTY'S or ASSIGNOR S/P'S NAME - Insert only one name (12a or 12b)  ☐ NONE

12a. ORGANIZATION'S NAME

OR

12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX
---|---|---|---

12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY
---|---|---|---|---

13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

14. Description of real estate:

16. Additional collateral description: ALL COLLATERAL is within the Arizona. See Attached Security Agreement. NOTE: Secured Party is the Holder-In-Due-Course of ALL Documents, and Documents of Title listed and attached to Financing Statement.

15. Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

17. Check only if applicable and check only one box.
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

18. Check only if applicable and check only one box.
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years
☐ Filed in connection with a Public-Finance Transaction — effective 30 years

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 07/29/98)
FORM SHOULD BE TYPEWRITTEN OR COMPUTER GENERATED

P506739

**INFORMATION REQUEST**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| A. NAME & PHONE OF CONTACT [optional] | FILING OFFICE ACCT # |
|---|---|
| Cecelia Hill (623)215-7288 | |

B. RETURN TO:  (Name and Address)

Denard-Darnell: Neal (23843-008)
P.O. BOX 1033
Federal Correctional Complex
Cloeman, Florida. 33521-1033
United States Penitentiary
        ***LEGAL MAIL***

FILED
SECRETARY OF STATE
IOWA

2005 MAY -3 P 4: 30

115207  UC11  $5.00 BARB  1  5/3/05

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. **DEBTOR NAME** to be searched - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX | |
| **DENARD  DARNELL  NEAL** | | | | |

2. **INFORMATION OPTIONS** relating to UCC filings and other notices on file in the filing office that include as a Debtor name the name identified in item 1:

2a. SEARCH RESPONSE  [X] CERTIFIED (Optional)
   Select one of the following two options: [X] ALL (Check this box to request a response that is complete, including filings that have lapsed.)   [ ] UNLAPSED

2b. COPY REQUEST  [X] CERTIFIED (Optional)
   Select one of the following two options: [X] ALL   [ ] UNLAPSED

2c. SPECIFIED COPIES ONLY  [ ] CERTIFIED (Optional)

| Record Number | Date Record Filed (if required) | Type of Record and Additional Identifying Information (if required) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

3. ADDITIONAL SERVICES:

115207  UCC  $17.00 BARB 1 5/3/05

4. DELIVERY INSTRUCTIONS (request will be completed and mailed to the address shown in item B unless otherwise instructed here):

4a. [ ] Pick Up
4b. [ ] Other

Specify desired method here (if available from this office); provide delivery information (e.g., delivery service's name, addressee's account # with delivery service, addressee's phone #, etc.)

FILING OFFICE COPY (1) — NATIONAL INFORMATION REQUEST (FORM UCC11) (REV. 05/09/01)

**Iowa Secretary of State**
**Uniform Commercial Code**
**Search Report**
**May 04, 2005**

Certificate #102780

Name Searched: *(B) DENARD DARNELL NEAL*

**This is a search of unlapsed liens only. Note that unlapsed liens terminated prior to July 1, 2001, are not reflected.**

## Acknowledgement of Filing

| Type | B/P | Name | Address | City | St | Zip |
|------|-----|------|---------|------|-----|-----|
| Debtor | B | DENARD DARNELL NEAL | P.O. BOX 1033 | COLEMAN | FL | 33521-1033 |
| Secured | P | NEAL, DENARD-DARNELL N/A | P.O. BOX 1033 | COLEMAN | FL | 33521-1033 |

| File # | Pages | File Date | File Time | Type |
|--------|-------|-----------|-----------|------|
| P506739 | 30 | 5/3/2005 | 4:30 PM | UTILITY |

The information contained in this search report is current through 4:30 PM on 5/3/2005.

The undersigned filing officer certifies that, as of this time and date, a search of the Iowa Secretary of State's Information Management System designating the above-stated debtor (and city, if any) revealed the information reported above, including federal tax liens.

Chester J. Culver
Iowa Secretary of State

## SECURITY AGREEMENT

### NON-NEGOTIABLE

This Security Agreement is made and entered into this ___19___ day of ___March___ 2005 C.E. , by and between DENARD DARNELL NEAL, DEBTOR ( ALL DEBTORS are hereinafter referred to, specifically, as one"DEBTOR" and collectively, as "Parties"), Exemption Identification #329649225, and Denard-Darnell, of the Neal family, the Secured Party "Inhabitant", ( hereinafter referred to, specifically, as"Secured Party" and collectively, as "Parties"). The Parties are identified as follows:

DEBTOR:
DENARD DARNELL NEAL
DENARD D.NEAL
DARNELL DENARD NEAL
DARNELL D. NEAL
D.D.NEAL

Secured Party:
Denard-Darnell
"Inhabitant," sui juris
Unlimited Commercial Liability

#23843-008
P.O. BOX 1033
Federal Correctional Complex-USP
Coleman, Florida.33521-1033
United States Penitentiary

"The State of Arizona"
14310 W.Amelia Avenue
Maricopa County
near(85338)

NOW THEREFORE, the"Parties" agree as follows:

### I.   AGREEMENT

In consideration for the Secured Party providing certain accommodations to DEBTOR, inter alia, to the Secured Party:

1.) Constituting the source, origin, substance and being, i.e. the basis of "Pre-Existing Claim," from which the existence of the DEBTOR is able to function as a TRANSMITTING UTILITY, i.e. serve as a conduit for the Transmission of Goods and Services in commercial activity, and interact, contract and exchange Goods, services, obligations and liabilities in commerce with other DEBTORS, CORPORATIONS and ARTIFICIAL PERSONS: and,

PRIVATE & NON-NEGOTIABLE BETWEEN THE PARTIES

FORM  BM-49776

2.) Signing by accommodation for DEBTOR ( UCC § 3-419), ( Without Recourse 3-419), in all cases whatsoever, wherein any signature of DEBTOR is required;

3.) Issuing a binding commitment to extend credit for the extension of immediately available credit, whether or not drawn upon and whether or not a Charge-Back is provided for in the event of difficulties in collection; and,

4.) Providing the security for payment of all sums due or owed, or to become due or owed by the DEBTOR; and

5.) Constituting the source of the Assets, via the sentient existence, exercise of faculties and labors of the Secured Party, that provide the valuable consideration sufficient to support any contract which the DEBTOR may execute, or to which the DEBTOR may be bound to, by any person whatsoever.

DEBTOR hereby confirms voluntary entry of DEBTOR into the Commercial Registry and Transfers and Assigns to the Secured Party a Priority ( Third-Parties subordinate), Security Interest in the Collateral described below.

## II.    FIDELITY/IDEMNITY BOND

KNOW ALL MEN BY THESE PRESENTS, that " DENARD DARNELL NEAL",DEBTOR, establishes this Bond in favor of the Secured Party, Denard-Darnell, in the amount of present Collateral Values up to the penal sum of One Hundred Billion united States Dollars ( $ 100,000,000,000.00), for the payment of which Bond, well and truly made, the DEBTOR binds the DEBTOR, and DEBTOR'S Heirs, Executors, Administrators and Third-Party Assigns, Jointly and Severally, by these presents.

The condition of the BOND is: Secured Party covenants to do certain actions on behalf of DEBTOR, as set forth above in the Agreement," and the DEBTOR, with regard to conveying goods and services in Commercial Activity to the Secured Party, covenants to serve as a TRANSMITTING UTILITY CORPORATION, TRADE NAME, DISREGARDED ENTITY,and ADMIRALTY VESSEL, all of which are to be used as a Commercial Vehicle of Exchange. Therefore DEBTOR, in assurance of fidelity/indemnity, GRANTS to the Secured Party a Priority Security Interest in the collateral described below, located within The State of Arizona," the united States of America, within and without all jurisdictions whatsoever, CORPORATE and Sovereign, PUBLIC and Private, on Land and on the Sea.

PRIVATE & NON-NEGOTIABLE BETWEEN THE PARTIES

PAGE-2

FORM    BM-49776

This BOND SHALL be in Full Force and Effect as of the date hereon and until the DEBTOR'S Fidelity/Indemnity Bond holder, Denard-Darnell, is released from liability by a written order of the united States Government and, provided that said surety may cancel this BOND and be relieved of further liability here-under by delivering a Thirty-day (30-day) written Notice to DEBTOR. No such cancellation shall affect any liability incurred or accrued here-under prior to the Termination of said Third-day (30-day) period. In such an event of Notice of Cancellation, the DEBTOR agrees to re-issue this BOND before the end of said Thirty-day (30-day) Period for amount equal to or greater than the amount mentioned above.

## III.  INDEMNITY CLAUSE

The DEBTOR, without the benefit of discussion or division, does hereby agree, covenant and undertake to indemnify, defend and hold the Secured Party harmless from and against any and all Claims Losses,Liabilities, Costs, Interests and Expenses (hereinafter referred to as "Claims" or "Claim"), which claims include, without restriction, all Legal Costs, Interests, Penalties and Fines, Penal or otherwise, suffered of incurred by the Secured Party, in accordance with the Secured Party's Personal Guarantee, with respect to any Loan of Indebtedness of the DEBTOR, including any amount the DEBTOR might be deemed to owe to any Creditor for any reason whatsoever.

The Secured Party SHALL promptly advise the DEBTOR of any Claim and provide the DEBTOR with full details of said Claim, including a copy of any document, correspondence, suit or action received by or served upon the Secured Party. The Secured Party SHALL fully cooperate with the DEBTOR in any discussion, negotiation or other proceeding relating to any Claim.

## IV.  OBLIGATION SECURED

The Security Interest GRANTED herein Secures any and all Indebtedness and Liability whatsoever of the DEBTOR to the Secured Party, whether direct or indirect, absolute or contingent, due or to become due, now existing or hereafter arising and however evidenced.

## V.  COLLATERAL

The Collateral to which this Security agreement pertains, includes but is not necessarily limited to, all of the below described Personal and Real Property of DEBTOR, now owned or hereafter acquired by DEBTOR, in which Secured Party HOLDS ALL INTEREST. DEBTOR retains possession, use and Rights of possession and use of all the listed Collateral/Property, and all Proceeds, Products, Accounts, Fixtures, and the Orders therefrom are released to DEBTOR.

PRIVATE & NON-NEGOTIABLE BETWEEN THE PARTIES

PAGE-3

FORM    BM-49776

BEFORE any of the Property and rights thereto listed below, or accquired hereafter by the DEBTOR, can be disbursed, exchanged, sold, tendered, forfeited, gifted, transferred, surrendered, conveyed, destroyed, disposed of, or otherwise remove from DEBTOR'S possession (By Any Third-Party), the Dishonor Settlement Agreement, Bill of Exchange No.DND-778813, HELD by the Secured Party MUST BE SATISFIED IN FULL AND ACKNOWLEDGMENT OF THE SAME COMPLETED.

1.) ALL Rights to Proceeds, Products, Accounts and Fixtures from crops, mine-heads, well-heads, with transmitting utilities, and ect., including any and all Documents of title;

2.) ALL Rights to Land, Mineral and Water Rights, including but not limited to, any and all other real estate, as well as cottages, cabins, houses, warehouses, their out-buildings, including any and all other residential, commercial or industrial standing structures, including any and all Documents of Title;

3.) ALL rights to income from any source, including but not limited to, rents, wages, lotteries, whether earned or to be earned or acquired, as well as any and all bank accounts, i.e. checking, savings, stocks, bonds, T-bills, CD'S, including any and all other investments, including but not limited to, any and all accrued interests or dividends;

4.) ALL rights to precious and semi-precious metals and gemstones, i.e. gold, silver, platinum, diamonds, rubies, emeralds etc., to include any and all bulk stocks of the same, to include any and all related documentation, i.e. Bills of Lading, Documents of Title, etc.;

5.) ALL rights to residential, commercial or industrial goods, i.e. appliances of any and all kinds, kitchen utensils,electronics of any and all kinds, i.e. televisions, radios, computers, including but not limited to,  any and all related accessories to include any and all literature, i.e. owners and instructional manual and the like, furnishings of all kinds, including but not limited to linens, blankets, clothes etc., as well as any and all related Documents of Title;

6.) ALL rights to weapons and ammunition of any and all kinds, i.e. sporting and assault style rifles, pistols (hand-guns), strung bows, cross-bows, swords, knives, etc., including any and all outdoor camp equipment and survival gear of all kinds, to include any and all Documents of Title.

PRIVATE & NON-NEGOTIABLE BETWEEN THE PARTIES

PAGE-4

FORM  BM-49776

7.) ALL rights to rolling stock and mechanized vehicles of any and all kinds and forms, to include commercial and industrial, i.e. cars, trucks, boats, motorcycles, farm and construction equipment etc., including any and all Documents of Title;

8.) ALL rights to obtain and secure any and all Documents of any sort related to the DEBTOR, whether purporting to be criminal, civil, commercial etc., to include any and all printed, published, typed, written paper, or stored on any and all other mediums, i.e. computer disks, laser disk, micro-film, hard drive, magnetic or electronic memory of any type, etc;

9.) All rights to obtain and secure any and all biological samples, mappings and physical being, i.e. to include any and all stock-piles of said material, as well as any and all DNA, retinal scans, fingerprints, photograghs, or ANYTHING for identification of the DEBTOR etc., stored on any and all mediums, i.e. computer-disk, laser-disk, video tape, paper, micro-film, cryogenically preserved tissue and hair samples etc., to include any and all other related materials not specifically named or listed, in relation to identification;

10.) ALL rights to request, refuse or authorize the administration of any drug, manipulation, material process, procedure, ray, or wove which alters, or might alter the present or future state of body, mind, spirit, or will by any means, method or process whatsoever;

11.) ALL rights to exercise freedom of religion, worship, use of sacraments, spiritual practice and expression without any abridgment of free speech or the right to publish, or the right to peacefully assemble, or the right to petition Government for redress of grievances, or petition any Military Force of the united States of America for physical protection from threats to the safety and integrity of person or property from either Public or Private, "Foreign" or "Domestic" sourcs;

12.) ALL rights to privacy and security in person and property, including but not limited to, all right to safety and security of all household or sanctuary dwellers or guests and all papers and effects belonging to the DEBTOR or any household or sanctuary dwellers or guests, against governmental, quasi-Governmental or private intrusion, detainer,entry, seizure, search, surveillance, trespass, assault, summons or warrant, except with proof of superior claim duly filed in the commercial registry by any such intruding party in the private capacity of such intruding party, notwithstanding whatever purported authority for any such intrusion, detainer, seizure, search, surveillance, trespass, assault, summons, or warrant; and,

PRIVATE & NON-NEGOTIABLE BETWEEN THE PARTIES

PAGE-5

FORM   BM-49776

13.) ANY AND ALL other material, immaterial, financial assets or any hypathetical personality of value not specifically listed by make, model, serial number, or particular phraseology, is expressly INCLUDED as though it were specifically enumerated and encompassed by this Agreement.

## VI. ADVISORY

The DEBTOR agrees to notify all of the DEBTOR'S former Creditors, as all DEBTOR'S wages and salaries, including any and all remuneration, is the property of Secured Party, as well as the Collateral, mentioned above on this Security Agreement, and all such personages are expressly NOTICED accordingly.

The DEBTOR has agreed to be, act and function in law and commerce as the registered Commercial Vehicle i.e. Proprietary Trade Name, TRANSMITTING UTILITY, Corporate Identity, and Disregarded Entity of the Secured Party "Inhabitant" or the America's by Sovereign and unalienable Rights, Secured and Protected by the Almighty "Heavenly Father" of the Anointed One."

The DEBTOR agrees, and it being authorized by the Secured Party, to bring action of suit or process in law in the proper court or Venue to recover damages from STATE OR ARIZONA and any ACTORS, AGENTS, EMPLOYEES or REPRESENTATIVES in connection thereto and/ or in relation to ANY B.A.R. Association, State, Federal, International as well as any entity in its Public and/or Private capacities or otherwise, causing damage of any kind to the Secured Party and/or the DEBTOR, in any case, as well as, specifically, any Third-Party causing default in or Dishonor of, this Security Agreement, duly registered with the Secretary of State, Arizona State Department of Licensing, Business and Professions, Uniform Commercial Code Division, and thereby perfecting the Secured Party's Interest as "Holder In Due Course."

Any funds recovered in the action of suit shall be distributed between the DEBTOR and the Secured Party as their interest shall appear in this Security Agreement, or shall be paid to the Secured Party until the sum certain not exceeding One Hundred Billion united States Dollars ( $ 100,000,000,000.00), and the balance shall then be paid to DEBTOR.

All cost and counsel fees incurred in the action of suit or process, shall be first deducted from any funds recovered in the action of suit or process before distribution is made to either of the Parties. In the event that no recovery is obtained in any action of suit, the Parties agree that the cost and counsel fees shall be paid by the DEBTOR in the following manner: The DEBTOR may contract in any form for payment suitable to all the Parties involved, without prejudice to the Secured Party's interests.

PRIVATE & NON-NEGOTIABLE BETWEEN THE PARTIES

PAGE-6

FORM    BM-49776

P506739

The DEBTOR may represent the Secured Party's interest in all actions whatsoever involving at least one party being a U.S. CITIZEN and or ACTOR, AGENT, EMPLOYEE OR REPRESENTATIVE of any CORPORATION or CORPORATE government whatsoever, in any case of diversity of citizenship or in a foreign jurisdiction or venue. The DEBTOR has rights in all interests granted to the DEBTOR by the Secured Party in this Security Agreement/Financing Statement.

The DEBTOR is authorized to draw upon the Secured Party's Priority, Tax Exemption to POST and cover funds required to properly honor any and all drafts/contracts negotiated/offered to DEBTOR, and create/draft"Bills of Exchange", Banker's Acceptances," Sight Drafts," Promissory Notes," or Bonds" for a particular purpose, such as Discharging Public Liability or Accepting a Contract and/or payment thereof.

This Security Agreement is "Private" and "Non-Negotiable," and ACCEPTED FOR VALUE, including all related property and endorsements, front and back, nunc pro tunc from Febuary 19,2005 , and is the secured Private Property of the Secured Party and is NOT dischargable in any Bankruptcy Court proceeding, as the Secured Party's property is Exempt From (Third-Party) LEVY.

This Security Agreement devlves on the Secured-Party's Heirs and Assigns, who are equally authorized, upon taking Title to this Security Agreement, via Non-Negotiable Contract or any lawful Commercial remedy.

## VII.   LAWFUL PUBLIC NOTICE

Filing and Registration of this Security Agreement, freely entered into by the Parties, constitutes open and Lawful Public Notice that:

1.) The Law, Venue and Jurisdiction of this Security Agreement is the finalized, signed and sealed, Private Contract and BOND,freely entered into between the Parties and thereby Ratified.

2.) This Security Agreement is contractually complete herein and herewith, and CANNOT be abrogated, altered, amended in whole or in part, without the express written authorization of the "Parties" or Secured Party.

3.) The DEBTOR is the "TRANSMITTING UTILITY" and "PROPRIETARY TRADE NAME" for the Secured Party's use in commerce, and all of the property of DEBTOR is the Secured Property/Collateral BONDED/offered, subsequently Accepted For Value by Secured Party "Inhabitant," giving the Secured Party Interest in the Property/Collateral as a Holder In Due Course.

4.) ANY unauthorized use or impairment of DEBTOR in any manner that might influence, affect, pertain to, or presumed to pertain to Secured Party's interests, personalty, rights or remedies in any manner is EXPRESSLY PROHIBITED, without the express written authorization of the Secured Party.

PRIVATE & NON-NEGOTIABLE BETWEEN THE PARTIES

PAGE-7                              FORM        BM-49776

Futhermore, the Secured Party reserves the right to satisfy any Judgment, Lien, Debt, Duty, Obligation, Account or Contract, whether it be secured, unsecured, or purported to be secured, against the DEBTOR by executing a "Partial Release & Assignment," "Bill of Exchange," "Sight Draft", or "promissory Note" against this registered Fidelity/Idemnity BOND.

No Law shall ever be past that abrogates Contracts. This constitutes Actual and Constructive Notice, ignorance to the Law is not a valid excuse. Good Faith, Security Concerns, or other purported excuses will not, can not, indemnify any Third-Party's tortious interference causing default. This is NOTICE of strict liability to all who are served.

## VIII.  PARTIES CHOICE OF LAW

By agreement of the Parties, this Security Agreement shall be governed by Uniform Commercial Code § 1-102 through 1-107 and UCC § 3-419, 10-104 and House Joint Resolution of 192 of June 5th, 1933, with ALL rights Reserved, Preserved, Without Prejudice, Without Recourse, UCC § 1-207, and 3-415.

The Parties have read this Security Agreement and know and understand its contents completely and agree in full of their own free will. The Parties swear on Oath and the penalties of perjury of the laws of The State of Arizona and the several free united States of America, that this is true, correct, complete and not meant to mislead. This Security Agreement is understood by the Parties to stand for the life of the Commercial BOND, the Secured Party being the Controlling Party and Holder-In-Due-Course of the "Document of Title over the DEBTOR, herein registered with the Secretary of State via the Department of Licensing.

## IX.  DEFAULT

The following shall constitute the events of DEFAULT here-under:

1.) Failure of/by DEBTOR to pay any debt secured hereby when due;

2.) Failure of/by DEBTOR to perform any and all obligations secured hereby when required to perform ; or

3.) Any breach of any warranty DEBTOR has contained within this security Agreement.

4.) Any Third-Party Tortious interference with contractual relations, prospective advantage or causing DEBTOR to default on this Security Agreement after Third-Party has been given lawful timely notice, subjects said Third-Party to this Security Agreement and agrees to Indemnify Damages up to the penal sum of One Hundred Billion united States Dollars ( $ 100,000,000,000.00) as reference in the Fidelity/ Indemnity Bond under section II. page# 2-3 of this Security Agreement.

PRIVATE & NON-NEGOTIABLE BETWEEN THE PARTIES

FORM  BM-49776

5.) Any Third-Party interfering or causing default, as stated in paragraph number# 3 of this section, voluntarily waives all Privileges, immunities, defenses and specifically, agrees to be subject to the "Piercing" the Corporate Veil Rule, with strict liability in their Commercial and Private capacity.

## X.   SIGNATURES

The Parties execute this Security Agreement, Certified and Sworn True, on the Secured Party "Inhabitant's Unlimited Commercial Liability. Secured Party ACCEPTS for value all signatures in accordance with House Joint Resolution 192 of June 5th, 1933, UCC §3-419.

NOTICE TO PRINCIPAL IS NOTICE TO AGENT
AND
NOTICE TO AGENT IS NOTICE TO PRINCIPAL

EXECUTED and SIGNED by the "Parties" this ___19___ day of __March__ ___2005C.E.

_Denard Darnell Neal_
DENARD DARNELL NEAL
DEBTOR, TRANSMITTING UTILITY
Exemption ID. 329649225
ALL DEBTORS JOINTLY & Severally
are bound as one DEBTOR CORPORATION

_Denard-Darnell_
Denard-Darnell, sui juris
Secured Party, "Inhabitant
Holder In Due Course
Unlimited Commercial Liability
Without Prejudice UCC § 1-207

SUBSCRIBED AND SWORN TO BEFORE me with Verified Identification on this _5th_ day of __April__ ___2005 C.E.

OFFICIAL SEAL
ELSIE E. SCOTT
Notary Public - State of Arizona
MARICOPA COUNTY
My Comm. Expires Sept. 16, 2007

NOTARY PUBLIC, in and for the
State of Arizona residing in
the County of __Maricopa__
My Commission expires:

PRIVATE & NON-NEGOTIABLE BETWEEN THE PARTIES

PAGE-9

FORM   BM-49776

NOTICE

## DECLARATION & CERTIFICATE OF SOVEREIGN STATUS

This Declaration Certifies that Denard-Darnell: Neal, sui juris, is a born-free human male, a mortal man with sentient and moral existence, being a Native-born Sovereign American by birthright and by Law, and do claim all absolute, unalienable, imprescriptable, Fundamental Rights, privileges, Immunities and Protections, as guaranteed, protected and secured by the original parent compact ( organic), The Constitution for the united States of America (1787), as amended (1791) by the Bill of Rights, Articles I thur X, "The Declaration of Human Rights", §§ 1 thur 32.

Further it is Certified herein that pursuant to the Foreign Sovereign Immunities Act of October 21st, 1976 ( H.H.11315) Public law 94-583, 94th Congress, 90 statutes at large § 1, R.S. 1999, Title 8 U.S.C. 1481 is still in force and effect today. See Briehl V. Dulles, 248 F.2d 561, @ n.21, among others.

Further, the aforementioned Sovereign American is Non-Incorporated, statutorily Incapicitated, Statute Immune, Tax Immune, Tax-Exempt, EXEMPT from LEVY and Claims Diplomatic Immunity and Sovereign Immunity, ' ab initio' from ( 10-15-62) C.E., 'ad infinitum.'

This Sovereign Status is foreign to and not subject to/by the status of ' Statute Staple," 'Chattel Property," " Citizen ", "Resident," "Subject," "Person," "Whoever," "Taxpayer," and/or any other titles under statutes, Rules, Regulations, Policies, common usages of America, the Corporate state of Arizona, and/or any other Corporate Governmental body Whatsoever, without a valid contract .

Furthermore, this Sovereign American makes explicit reservation of all Rights pursuant to the Uniform Commercial Code (UCC) §1-207, without the United States as defined in State or federal Statutes.

DECLARATION &CERTIFICATE OF SOVEREIGN STATUS-1

P506739

P506739

## FORMAL SOVEREIGN OATH
## OF RENUNCIATION

I, Denard-Darnell, sui juris, Sovereign, Having First Hand Knowledge of the Facts as the facts have been made known to me, hereby and herein freely RENOUNCE all allegiance to the Foreign Venue and Jurisdiction of and within the United States (Washington DC). I do freely give of this Formal Renunciation, being of Sound Mind, and having with me the power of the Sovereign, by GOD ALMIGHTY to make of my own volition this oath by Formal Declaration.

In accord with the provisions set forth in Title 8 U.S.C. 1481, this Sovereign DECLARES that all OFFICERS, AGENTS, EMPLOYEES, ACTORS, or otherwise OFFICIALS of the United States, those being bound to obey the Laws and Statutes prescribed therein, are BOUND to take NOTICE of this FORMAL OATH OF RENUNCIATION. As well, the aforementioned ACTORS, AGENTS, OFFICERS, EMPLOYEES, and/or other OFFICIALS of the United States Government, Bound by the Laws Statues, Acts, and Provisions of the Same Constitution that require the aforementioned entities to uphold that Constitution shall not Infringe Upon, Ignore Disregard, or otherwise find of no substance and/or standing, this Formal Oath of Renunciation by Declaration.

Pursuant to Title 8 of the United States Code Services, and the Laws as they have been enumerated in the HOLY SCRIPTURES, I, Denard-Darnell, sui juris, do DECLARE that no man can infringe upon this Sovereigns Right to renounce allegiance to any Foreign Government, Tyrannical Power, King, Foreign Nation, or other Alien Dominion.

I, Denard-Darnell, sui juris, being a born free man upon the soil of the Americas do not intend to abrogate any Immunity or Personal Right and no thing herein shall be construed to do so. These Personal Rights are by and from GOD Almighty and any infringement upon these Rights of this Sovereign, sui juris shall be deemed a blatant disregard of those Entitled Rights to Life, Liberty, and harm from life or limb.

I, Denard-Darnell , sui juris, herein, and herefrom, DECLARE that being a Free man of GOD, am not nor will not give this Body, Mind, Spirit, nor Soul, to any Nation as defined by Government, or body politic. This Sovereign Man, herein DECLARES that no other Law other than those that are for the peace and dignity of Self Preservation, Freedom, and the Rights to Liberty shall govern this Sovereign.

DECLARATION & CERTIFICATE OF SOVEREIGN STATUS-2

I, Denard-Darnell, sui juris, do DECLARE that the Laws of the Common man, being of the Common Law, shall govern me, and those Laws that are equitable and of good faith shall govern me, and I do not recognize any other form of Politic other than that of the Republic whic is for the People, and by the People, those being Sovereign, not Citizens of a Foreign Government (Washington DC).

P506139

### NOTICE

LET NO THING IN THIS FORMAL OATH OF RENUNCIATION BE CONSTRUED AS TO BE AN ACT OF EXPATRIATION OR RENUNCIATION OF AMERICAN NATIONALITY. THIS OATH IS FOR THE EXPLICIT PURPOSE OF RENOUNCING UNITED STATES CITIZENSHIP ( THAT JURISDICTION OF/AND WITHIN WASHINGTON DC).

I,Denard-Darnell:Neal, the Undersigned Secured Party/Creditor, do aver that the abovementioned is the Truth and Fact according to the Law, and is, to the best of Knowledge and Belief, True, Correct, Certain and not meant to Mislead. This Declaration and Certificate is made under the Pains and Penalties of Perjury according to the Laws of Almighty GOD, the united States of America and the State of Arizona.

### NOTICE TO PRINCIPAL IS NOTICE TO AGENT

### AND

### NOTIC TO AGENT IS NOTICE TO PRINCIPAL

EXECUTED AND SIGNED by Me this _____19_____ - day of _____March_____, 2005 C.E., in Phoenix, State of Arizona.

_Denard-Darnell: Neal_
Denard-Darnell: Neal,sui juris
Sovereign, Free-Man
Secured Party/Creditor
Holder-In-Due-Course
Trade Name Owner
Record Owner

SUBSCRIBED AND SWORN to before me this _____5th_____ day of _____April_____, 2005 C.E.

_[signature]_

Notary Public in and for the State of Arizona. Residing at Phoenix, Arizona. My Commission Expires: Sept 16, 2007

OFFICIAL SEAL
ELSIE E. SCOTT
Notary Public - State of Arizona
MARICOPA COUNTY
My Comm. Expires Sept. 16, 2007

### DECLARATION & CERTIFICATE OF SOVEREIGN STATUS-3

## COMMERCIAL NOTICE OF TRADE NAME

I, Denard-Darnell: Neal, sui juris, whose proper given name is always spelled in upper and lower case letters; and who is a living, breathing soul, hereby DECLARES as Secured Party and Creditor, that a private Security Agreement exists between Creditor and fictitious Debtor under the Trade names, DENARD DARNELL NEAL, DENARD D.NEAL, DARNELL DENARD NEAL, DARNELL D, NEAL, DENARD NEAL, DARNELL NEAL, DENARD DARNELL, D.D.NEAL, NEAL, Denard Darnell; or any derivatives thereof or therefrom, printed or written, spelled in upper or lower case, whole or in part, is to be filed in the Commercial Registry and is to be on Public Record in the Office of the Maricopa County Recorder.

### NOTICE

I, Denard-Darnell: Neal, DENY USE of my Proprietary Trade Names or any derivatives thereof or therefrom; and trespass on such may incur legal action in "Trade Name Libel," nunc pro tunc(October 15, 1962)C.E. Any party or principal addressing, suing, joining, or billing the Proprietary Trade Names, as mentioned above, or any derivatives thereof or therefrom, without specific written authorization by the undersigned, Secured Party/ Creditor, will be billed at One-Million, Eight-Hundred Thousand United States Dollars ( $ 1,800,000.00) on each count, the established penalty on each count of a trespass action.

### OATH

I, Denard-Darnell: Neal, the Undersigned, Secured Party/Creditor, do aver that the aforementioned is the Truth and Fact to the best of my Knowledge and Belief, to be True, Correct, Certain and not meant to Mislead. This "Commercial Notice of Trade Name" is made under the Pains and Penalties of Perjury according to the laws of Almighty GOD, the united States of America and the State of Arizona.

### NOTICE TO PRINCIPAL IS NOTICE TO AGENT

### AND

### NOTICE TO AGENT IS NOTICE TO PRINCIPAL

EXECUTED AND SIGNED BY ME THIS _____19_____ day of _March_ , 2005 C.E., in Phoenix, Arizona State.

_Denard-Darrell: Neal_
Denard-Darnell: Neal
Secured Party/ Creditor
Holder-In-Due-Course
Trade Name Owner

COMMERCIAL NOTICE OF TRADE NAME- **1** of 2

FORM-363620

SUBSCRIBED AND SWORN to before me this _____5th_____ day of
____April____, 2005 C.E.

P506739

OFFICIAL SEAL
ELSIE E. SCOTT
Notary Public - State of Arizona
MARICOPA COUNTY
My Comm. Expires Sept. 14, 2007

Notary Public in and for the State
of Arizona. Residing at Phoenix,
Arizona. My Commission Expires:

COMMERCIAL NOTICE OF TRADE NAME -2 of 2

P506739

```
***************************************************
The Document on which this Certificate is affixed is
                    CERTIFIED
A True Correct and Complete copy of the Original.
Claimant is Holder in Due Course of the Original.
```

*Denard-Darnell: Neal*
Denard-Darnell: Neal

March 19, 2005
Dated

```
Convention de la Haye du-
     15-October-1962
***************************************************
```

Do not
Copy Birth
Certificate

P506739





## YOUR SOCIAL SECURITY CARD

Detach the card below and sign it in ink immediately.
Keep your card in a safe place to prevent loss or theft.
**DO NOT CARRY IT WITH YOU.**
Do not laminate your card.

This card belongs to the Social Security Administration and you must return it if we ask for it.
If you find a card that isn't yours, please return it to:
   Social Security Administration
   P.O. Box 33008, Baltimore, MD 21290-3008
Improper use of this card or number by anyone is punishable by fine, imprisonment or both.
Protect Your Number and Card to Prevent Their Misuse
•   Sign your card right away and keep it in a safe place.
•   DO NOT carry it with you.
For any other Social Security business/information, contact your local Social Security office. If you write to the above address for any business other than returning a found card, it will take longer for us to answer your letter.

Social Security Administration
Form SSA–3000 (3-2004)          E68228687

*(handwritten left margin)* ...epted for Value / the Undersigned, accepts / Value all related Endorsements / ...ront and back in accordance with / ...form Commercial Code subsection / ...-4/9, 10-104 and house Joint Resolution / ...t June 5, 1933. / March 19, 2005 / Jenral-Darrell: Neal / Denard-Darrell: Neal

*(handwritten right margin)* P506739

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The Documents on which this Certificate is affixed
is CERTIFIED A True Correct and Complete Copy of
the Original. Claimant is Holder in Due Course
of the Original.

_Denal-Darrell: Neal_          _March 19, 2005_
      signed                      dated
Convention de la Haye du-
5-October-1961
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## SECURITY AGREEMENT
### NON-NEGOTIABLE

This Security Agreement is made and entered into this 19th day of March, 2005 C.E. by and between DENARD DARNELL NEAL, DEBTOR (hereinafter "DEBTOR"),SOCIAL SECURITY ACCOUNT#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, and Denard-Darnell: Neal, Secured Party Sovereign (hereinafter "Secured Party"), Exemption Identification #329649225, the Parties (hereinafter"Parties") are identified as follows:

DEBTOR:

DENARD DARNELL NEAL
23843-008
P.O.Box 1033
Federal Correctional Complex
Coleman, Florida. 33521-1033
United States Penitentiary

Secured Party:

Denard-Darnell: Neal
14310 W. Amelia Avenue
Goodyear, Arizona. 85338

NOW, THEREFORE, the "Parties" agree as follows:

### AGREEMENT

In consideration for Secured Party providing certain accommodations to DEBTOR, inter alia, to the Secured Party:

1.) Constituting the source, origin, substance and being, i.e. basis of "pre-existing claim," from which the existence of DEBTOR is able to function as a transmitting utility, i.e. serve as a conduit for transmission of goods and services in Commercial Activity, and interact, contract, and exchange goods, services, obligations and liabilities in Commerce with other Debtors, corporations and artificial persons;

2.) Signing by accommodation for Debtor in all cases whatsoever, wherein any signature of Debtor is required;

3.) Issuing a binding commitment to extend creditor for the extension of immediately available credit, whether or not drawn upon, or whether or not a chargeback is provided for in the event of difficulties in collection;

4.) Providing the security for payment of all sums due or owing, or to become due or owing, by DEBTOR; and,

SECURITY AGREEMENT-1                    FORM  BM-4242427

5.) Constituting the source of the assets, via the sentient existence, exercise of faculties, and labor of the Secured Party, that provide the valuable consideration sufficient to support any contract which DEBTOR may execute or to which DEBTOR may be regarded as bound by any person whatsoever.

DEBTOR hereby confirms voluntary entry of DEBTOR into the Commercial Registry and transfers and assigns to Secured Party a security interest in the collateral described herein-below.

### FIDELITY BOND

Know all men by these presents, that DENARD DARNELL NEAL, DEBTOR, establishes this bond in favor of the Secured Party, Denard-Darnell: Neal, in the sum of present Collateral Values up to the penal sum of One-Hundred-Billion United States Dollars ($100,000,000,000.00), for the payment of which bond, well and truly made, DEBTOR binds DEBTOR and DEBTOR's hiers, executors, administrators and third-Party assigns, jointly and severally, by these presents.

The condition of the above bond is: Secured Party covenants to do certain things on behalf of the DEBTOR, as set forth above in the "Agreement," and DEBTOR, with regard to conveying goods and services in Commercial Activity to Secured Party, covenants to serve as a transmitting utility therefore and, as assurance of fidelity, grants to Secured Party a Security Interest in the herein-below described collateral.

This bond shall be in force and effect as of the date hereon and until the DEBTOR'S Surety, Denard-Darnell: Neal, is released from liability by a written ORDER of the UNITED STATES GOVERNMENT and provided that said Surety may cancel this bond and be relieved of further liability here-under by delivering Thirty-Day (30) written notice to DEBTOR. No such cancellation shall affect any liability incurred or accrued here-under prior to the termination of said Thirty-Day (30-Day) period. In such event of notice of cancellation, DEBTOR agrees to re-issue the bond before the end of said Thirty-Day (30-Day) period for an amount equal to or greater than the above-stated value of this Security Agreement, unless the Parties agree otherwise.

SECURITY AGREEMENT-2                          FORM   BM4242427

## INDEMNITY CLAUSE

DEBTOR, without the benefit of discussion or division, does hereby agree, covenant and undertake to indemnify, defend and hold Secured Party harmless from and against any and all claims, losses, liabilities cost interests and expenses, (hereinafter referred to as "Claims" or "Claim") which Claims include, without restriction, and legal costs, interests, penalties and fines suffered or incurred by Secured Party, in accord with Secured Party's personal guarantee with respect to any loan or indebtedness of DEBTOR, including any amount DEBTOR might be deemed to owe to any Creditor for any reason whatsoever.

Secured Party shall promptly advise DEBTOR of any Claim and provide DEBTOR with full details of said Claim, including a copy of any document, correspondence, suit or action received by or served upon Secured Party. Secured Party shall fully cooperate with DEBTOR in any discussion, negotiation or other proceeding relating to any Claim.

## OBLIGATIONS SECURED

The security interest GRANTED herein secures any and all indebtedness and liability whatsoever of DEBTOR to secured Party, whether direct or indirect, absolute or contingent, due or to become due, now existing or hereafter arising and however evidenced.

## COLLATERAL

The Collateral to which this Security Agreement pertains includes, but is not necessarily limited to, all herein-below described personal and real property of DEBTOR retains possession and use, and rights of possession and use, of all Collateral, and all proceeds, products, accounts and fixtures, and the Orders therefrom, are released to DEBTOR.

Before any of the below-itemized property can be disbursed, exchange, sold, tendered, forfeited, gifted, transferred, surrendered, conveyed, destroyed, disposed of, or otherwise removed from DEBTOR'S possession, Dishonor Settlement Agreement, Bill of Exchange No.49776-898911 held by Secured Party must be satisfied in full and acknowledgement of same completed.

1.) All proceeds, products, accounts and fixtures from crops, mine-head, well-head, with transmitting utilities, ect.;

2.) All rents, wages and income;


SECURITY AGREEMENT-3                    FORM   BM-4242427

3.) All land, mineral, water and air rights;

4.) All cottages, cabins, houses and buildings;

5.) All bank accounts, bank "safety" deposit boxes and the contents therein, credit card accounts, checking accounts, savings accounts, retirement plan accounts, stocks, bonds, securities and benefits from trusts;

6.) All inventory in any source;

7.) All machinery, either agricultural or industrial;

8.) All boats, yachts and watercraft, and all equipment, accoutrements, baggage and cargo affixed or pertaining thereto or stowed therein, including, but not limited to : all motors, engines, ancillary equipment, accessories, parts, tools, instruments, electronic equipment, navigational aids, service equipment, lubricants, fuels and fuel additives;

9.) All aircraft, gliders, balloons and all equipment, accoutrements, baggage or cargo affixed or pertaining thereto or stowed therein, including, but not limited to: all motors, engines, ancillary equipment, accessories, parts, tools, instruments, electronic equipment, navigational aids, service equipment, accessories, parts, lubricants, fuels and fuel additives;

10.) All motor-homes, trailers, moblie-homes, recreational vehicles, house, cargo and travel trailers/containers, and all equpment, accoutrements, baggage and cargo affixed or pertaining thereto or stowed therein, including but not limited to: all ancillary equipment, accessories, parts, service equipment, lubricants, fuels and fuel additives;

11.) All livestock and animals, and all things required for the care, feeding, use and husbandry thereof;

12.) All vehicles, automobiles, trucks, four-wheel vehicles, trailers, wagons, motorcycles, bicycles,tricycles and "wheeled" conveyances;

13.) All computers, computer related equipment and accessories, electronically stored files, data or date-files, telephones, electronic equipment, office equipment and machines;

SECURITY AGREEMENT-4                    FORM  BM-4242427

14.) All visual reproduction systems, aural reproduction systems, motion pictures, films, video tapes, audio tapes, soundtracks, compact discs, phonograph records, film, video and aural production equipment, cameras, projectors, musical instruments and any other "laser" or "magnetic" storage medium;

15.) All books, booklets, pamphlets, treaties, treatment, monographs, stories, written material, libraries, plays, screenplays, lyrics, songs and music;

16.) All books, ledgers, and records;

17.) All Trademarks, Registered Marks, copyrights, patents, proprietary, data, and technology, inventions, royalties and good will;

18.) All records, diaries, journals, photographs, negatives, transparencies, images, video footage, film footage, drawings, sound records, audio and tapes, computer production or storage of all kinds whatsoever;

19.) All fingerprints, footprints, palmprints, thumbprints, RNA materials, DNR materials, blood and blood fractions, biopsies, surgically removed tissue, bodily parts, organs, hair, teeth, nails, semen, urin or other bodily fluids or matter, voice-print, retinal image, mapping and the description thereof, and all other corporal identification factors, physical counterparts, in any form and all records, record numbers and information pertaining thereto;

20.) All scholastic degrees, diplomas, honors, awards and meritorious, citations;

21.) All biometrics data, records, information and processes not elsewhere described, the use thereof, and the use thereof, and the use of the information contained therein or pertaining thereto;

22.) All rights to obtain, use, request, refuse or authorize the administration of any drug, manipulation, material, process, procedure, ray, or wave which alters, or might the present or future state or body, mind, spirit or will by any means, method or process whatsoever;

23.) All rights to request, refuse or authorize the administration or any drug, manipulation, material process, procedure, ray or wave which alters, or might alter the present or future state of body, mind, spirit or will by any means, method or process whatsoever;

SECURITY AGREEMENT-5                    FORM    BM-4242427

24.) All keys, locks, lock combinations, encryption codes or keys, safes, secured places and security devices, secured programs and software, machinery or any devices related therto;

25.) All rights to access and to use utilities upon payment of the same unit costs as the comparable units of usage offered to most-favored customers, including cable, electricity, garbage, gas, internet( World-wide-web:www.), satellite, sewage, telephone, water, and all other methods of communication, energy transmission, and food or water distribution:

26 All rights to barter, buy, contract, sell or trade ideas, products, services or work;

27.) All rights to create, invent, adopt, utilize or promulgate any system or means of currency, money, medium of exchange, coinage, barter, economic exchange, bookkeeping, record-keeping and the like;

28.) All rights to use any free, rented, leased, fixed or mobile domicile as though the same were a permanent domicile, free from requirement to apply for or obtain any government license or permission, and free from entry, intrusion or surveillance, by any means, regardless of duration of lease period, so long as any required lease is currently paid or a subsequent three-day (3-day) grace period has not expired;

29.) All rights to manage, maneuver, direct, guide or travel in any form of automobile or motorized conveyance whatsoever, without any requirement to apply for or obtain any government license, permit, certificate or permission of any kind whatsoever;

30.) All rights to buy, sell, trade, grow, raise, gather, hunt, trap, angle and store food, fiber and raw materials for shelter, clothing and survival;

31.) All rights to marry and procreate children and to rear, educate, train, guide and spiritually enlighten any such children, without any requirement to apply for or obtain any government license, permit, certificate or permission of any kind whatsoever;

32.) All rights to exercise freedom of religion, worship, use of sacraments, spiritual practice and expression without any abridgment of free speech or theright to publish, or the right to peacefully assemble, or the right to petition Government for redress of grievances, or petition any military force of the United States for physical protection from threats to the safety and integrity of person or property from either "public" or"private" sources;

SECURITY AGREEMENT-6                    FORM   BM-4242427

33.) All rights to keep and bear arms for self-defense of self, family and parties entreating physical protection of person and property;

34.) All rights to create, preserve and maintain inviolable, spiritual sanctuary and receive into same any and all parties requesting asfety and/or shelter;

35.) All rights to create documents of travel or every kind whatsoever including those signifying diplomatic status and immunity as a free, independent and sovereign state-in-fact;

36.) All claims of ownership or certificates of title to corporeal and incorporeal hereditaments, hereditary succession and all innate aspects of being, i.e. mind, body, soul, free will, faculties and self;

37.) All rights to privacy and security in person and property, including but not limited to all rights to safety and security of all household or sanctuary dwellers or guests and all papers and effects belonging to DEBTOR or any household or sanctuary dwellers or guests, against governmental, quasi-governmental or private intrusion, detainer, entry, seizure, search serveillance, trespass, assault, summons or warrant, except with proof of superior claim duly filed in the Commercial Registry by any such intruding party in the private capacity of such intruding party, notwithstanding whatever purported authority, warrant, order, law or color of law may be promulgated as the authority for any such intrusion, detainer, entry, seizure, search, surviellance, trespass, assault, summons or warrant;

38.) All names used and all Corporations sole executed and filed, or to be executed and filed under said names;

39.) All intellectual property, including but not limited to all speaking and writing ;

40.) All signatures;

41.) All present and future retirement incomes and rights to such incomes, issuing from any accounts;

42.) all recent and future medical and healthcare rights, and rights owned through survivorship, from any accounts;

43.) All applications, filings, correspondence, information, identifying marks, image licenses or travel documents, materials, permits, registrations and records, including record-numbers held by any entity for any purpose, however acquired, as well as the analysis and the use thereof, and any use of any information and images contained therein, regardless of creator, method, location, process or storage form, including all processed algorithems

SECURITY AGREEMENT-7                    FORM    BM-4242427

analyzing, classifying, comparing, compressing, displaying, identifying, processing, storing or transmitting said applications, filings, correspondence, information, identifying marks, image licenses or travel documents, materials, permits, registrations, records and record-numbers and the like;

44.) All library cards;

45.) All credit, charge and debit cards, mortgages, notes, applications, card numbers and associated records and information;

46.) All traffic citations/tickets;

47.) All parking citations/tickets;

48.) All tax correspondence, filings, notices, coding, record numbers and any information contained therein, wherever and however located, and no matter by whom said information was obtained, compiled, codified, recorded, stored, analyzed, processed, communicated or utilized;

49.) All precious metals, bullion, coins, jewelry, precious jewelry, semi-precious stones, mounts and any storage boxes within which said items are stored;

50.) all bank receipts and accounts, bonds, certificates of deposit, drafts, futures, insurance policies, investment securities, Individual Retirement Accounts, money market accounts, mutual funds, notes, options, pension plans, puts, saving accounts, stocks, warrants, 401k's and the like;

51.)All accounts, deposits, escrow accounts, lotteries, overpayments, prepayments, prizes, rebates, refunds,returns, UCC CONTRACT TRUST ACCOUNT, claimed and unclaimed funds and all records and record numbers, correspondence and information pertaining thereto or derived therefrom;

52.) All cash, coins, money, Federal Reserve Notes, and Silver and Gold Certificates;

53.) All drugs, herbs, medicine, medical supplies, cultivated plants, growing plants, inventory, ancillary equipment, supplies propagating plants and seeds, and all related storage facilities, supplies and equipment;

54.) All products of and for agriculture, and all equipment, inventories, supplies, contracts, accoutrements involved in the tilling, planting, harvesting, processing, preservation and storage of all products of agriculture;

SECURITY AGREEMENT-8                    FORM : BM-4242427

55.) All farm, lawn and irrigation equipment, accessories, attachments, hand-tools, implements, service equipment, parts and supplies;

56.) All fuel, fuel tanks, containers and involved or related delivery systems;

57.) All metal-working, woodworking and other such machinery, and all ancillary equipment, accessories, consumables, power tools, hand tools, inventories, storage cabinets, tool boxes, work benches, shops and facilities;

58.) All camping, fishing, hunting and sporting equipment, and all special clothing, materials, supplies and baggage related thereto;

59.) all firearms, i.e. Rifles, Pistols (Hand-guns), Bows,Crossbows and all related Ammunition;

60.) All radios, televisions, communication equipment, receivers, transceivers, transmitters, antennas and towers, and all ancillary equipment, supplies, computers, software programs, wiring and related accoutrements and devices;

61.) All power-generating machines or devices, and all storage, conditioning, control, distribution, wiring and ancillary equipment pertaining or attached thereto;

62.) All computers and computer systems, and the information contained therein or stored on any form of storage disk, as well as all ancillary equipment, printers, modems, monitors or any other peripheral devices, including data-compression or encryption devices and processors;

63.) All office and engineering equipment, furniture, ancillary equipment, drawings, tools, electronic and paper files, and items related thereto;

64.) all water, oil and or gas well drilling equipment, chemicals, tools and supplies;

65.) All shipping, storing and cargo containers, and all chasis, truck trailers, vans and the contents thereof, whether on-site, in transit or in storage anywhere;

66.) All building materials, and prefabricated buildings, and all components or materials pertaining thereto, before or during manufacture, transportation, storage, building, erection or vacancy while awaiting occupancy thereof;

SECURITY AGREEMENT-9                     FORM   BM4242427

67.) All communications and data, and the methods, devices and forms of information storage and retrieval, and the products of any such stored information;

68.) All books, drawings, magazines, manuals and reference materials, regardless of physical form;

69.) All artwork, paintings, etchings, photographic art, lithographs and serigraphs, and all frames and mounts pertaining or affixed thereto;

70.) All food and all devices, tools, equipment, vehicles, machines and related accoutrements involved in food preservation, preparation, growth, transport and storage;

71.) All construction machinery and all ancillary equipment, supplies, materials, fuels, fuel additives, materials and service equipment pertaining thereto;

72.) All medical, dental, optical, prescription and insurance records, record numbers and information contained in any such records or pertaining thereto;

73.) The living Will and all inheritances gotten or to be gotten at any time forthwith;

74.) All wedding bands and rings, religious medallions and symbols, watches, wardrobe and toiletries;

75.) All radios, televisions, household goods and appliances, linen, furniture, kitchen utensils, cutlery, tableware, pottery and antiques;

76.) All businesses, corporations, companies, trusts, partnerships, organizations, proprietorships and the like, now owned or hereafter acquired, including all titles, names, corporation names, as well as all books, records thereof and therefrom, all income therefrom, all accessories, accounts, equipment, information, inventory, money, spare parts and any computer and computer related devices pertaining thereto;

77.) All packages, parcels, envelopes or labels of any kind whatsoever which are addresses to or intended to be addressed, whether received or not received;

78.) All telephone and fax numbers, address books and website adresses;

79.) Shall retain all Constitutional Rights as an American Citizen, under the care and protection of the United States of America.


SECURITY AGREEMENT-10                    FORM  BM-4242427

# ADVISORY

DEBTOR agrees to notify all of DEBTOR'S former Creditors, would-be Creditors and would-be purchasers of any herein-described COLLATERAL, of this Security Agreement, and all such personages are expressly notice herein.

This Security Agreement is accepted for value, property of the Secured Party, and is not dischargable in Bankruptcy Court, as Secured Party's property is Exempt from third-party levy.

This Security Agreement devolves on Secured Party's heirs and assigns, who are equally as authorized, upon taking title to this Security Agreement via non-negotiable contract, devise, or any lawful Commercial Remedy.

# DEFAULT

The following shall constitute the events of DEFAULT here-under:

1.) Failure of/by DEBTOR to pay any debt secured hereby when due;

2.) Failure of/by DEBTOR to perform any and all obligations secured hereby when required to perform; or,

3.) Any breach of any warranty DEBTOR has contained within this Security Agreement.

## SIGNATURES

Secured Party accepts all signatures in accord with U.C.C.§ 3-419.

EXECUTED this ___ day of _____ 2005 C.E.

DENARD DARNELL NEAL, DEBTOR
Social Security Account# ▆▆▆▆▆

Denard-Darnell:Neal, Secured Party
Exemption Identification # ▆▆▆▆▆

SUBSCRIBED AND SWORN to before me this 6th day of
April _____ 2005C.E.



Notary Public in and for the State of Arizona. Residing at Phoenix Az. My Commission Expires:

OFFICIAL SEAL
ELSIE E. SCOTT
Notary Public - State of Arizona
MARICOPA COUNTY
My Comm. Expires Sept. 16, 2007

SECURITY AGREEMENT-11                    FORM    BM4242427

P506139