Denard-Darnell: Neal
Aggrieved Party

Exhibit-B



**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Staff*
*600 E Street, N.W., Room 7300*
*Washington, D.C. 20530*
*202-616-6757  Fax 202-616-6478*

FEB -7 2006

Request Number: 06-207         Requester: Denard D. Neal

Subject: Self(Bonds)

    The Executive Office for United States Attorneys (EOUSA) has received your Freedom of Information Act/Privacy Act (FOIA/PA) request. It has been assigned the above number. <u>Please give us this number if you write about your request</u>. If we need additional information, we will contact you within two weeks.

    Your request will be placed in the order in which it was received for processing, unless it is a very large request (Project Request). Then, it will be placed in a separate group of Project Requests, which are also processed in the order received.

    EOUSA makes every effort to process most requests within a month (20 working days). There are some exceptions, for example, Project Requests take approximately nine months to process. Requests for "all information about myself in criminal case files" are usually Project Requests. If you have made such a request, you may either write us and narrow your request for specific items, or you may expect that the processing of your request may take nine months from the date of this letter.

    By making a FOIA/PA request, you have agreed to pay fees up to $25, as stated in 28 CFR § 16.3(c), unless you have requested a fee waiver. Please note that pursuant to 28 CFR § 16.11, we are required to charge fees for time used to search for the documents you have requested and for duplication of all pages released to you. Normally, search time is charged at a rate of $28 per hour after the first two hours which are free, and duplication fees are $0.10 per page after the first 100 pages which are free. <u>Please do not send any payment at this time!</u> If we anticipate that fees will exceed $25 or the amount you have stated in your letter (if greater than $25), we will normally notify you of our estimate of fees. After we have received your agreement to pay for the expected fees (or you have narrowed your request to reduce fees) and we have processed your request, we will require payment for the accumulated charges before we release documents to you. Without such payment, your request file will be closed without further action.

                                        Sincerely,

                                        William G. Stewart II
                                      Acting Assistant Director

Form No. 001 -6/05

CERTIFIED MAIL
CERTIFIED NO. 7004 2890 0002 4430 9239

AGENCY-DEPARTMENT:

U.S. DEPARTMENT OF JUSTICE
F.O.I.A.-PRIVACY ACT UNIT

TO:
Marie A. O'Rourke
Assistant Director
Executive Office For United States Attorneys
Freedom of Information-Privacy Act Unit
600 E Street, N.W., Room 7300
Washington, D.C. 20530

DIRECT RESPONSE TO:

Denard-Darnell: Neal.
 23843-008
P.O. BOX 1033
Federal Correctional Complex
Coleman, Florida. 33521-1033
United States Penitentiary-1

RE: DISCLOSURE OF ALL CRIMINAL BONDS, BONDING, OR OTHERWISE AS REQUESTED BELOW-DENARD DARNELL NEAL_CASE NO. CR 90-03-01-PHX-EHC

Dear Ms. O'Rourke:

This request is made pursuant to the provisions of the Freedom of Information Act 5 U.S.C. § 552 and the privacy Act 5 U.S.C. § 552a (d) (1) for a full disclosure and release of all records and or data contained in the files of your department and-or Agency under my name and-or identifier to my name.

The records sought specifically but not limited to are the compiled file containing:

1.) Criminal Case Bonding Information
2.) Commercial Bond Certification
3.) Noted Criminal Case Bonding and-or the Bonds which secured the financing and-or the pledge for the financing of the Criminal Case listed above.
4.) The Bonds sough is the, Bid Bond, Performance Bonds, Payment Bonds
5.) The District of prosecution is, Phoenix Arizona, year of prosecution is 1991, Judge is Earl H. Carroll, U.S. Attorney is, W. Allen Stooks.

Dated: *November 20, 2005*

*Denard-Darnell: Neal. Secured Party*
Denard-Darnell: Neal. Secured Party
23843-008
P.O. BOX 1033
Federal Correctional Complex
Coleman, Florida. 33521-1033
United States Penitentiary

**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Unit*
*600 E Street, N.W., Room 7300*
*Washington, D.C. 20530*
*202-616-6757  Fax 202-616-6478*

NOV -8

Requester: <u>Denard D. Neal</u>          Request Number: <u>05-3245</u>

Subject of Request: <u>Self</u>

Dear Requester:

    Your Freedom of Information Act/Privacy Act request has been received. Since the files and records of United States Attorneys are located in more than 100 separate offices throughout the country, we ask that you identify the specific U.S. Attorney's office(s) where you believe the requested records exist. This would primarily be the district(s) in which <u>prosecution or litigation</u> occurred.

    By making a FOIA/PA request, you agree to pay fees up to $25, as stated in 28 C.F.R. §16.3©, unless you request a waiver of fees (according to requirements in 28 C.F.R. §16.11(k)). Indigence does not constitute a basis for a fee waiver. Please note that pursuant to 28 C.F.R. §16.11, we are required to charge fees for time used to search for the documents you have requested and for duplication of all pages released to you. Normally, search time is charged at a rate of $28 per hour after the first two hours which are free, and duplication fees are $0.10 per page after the first 100 pages which are free. <u>Please do not send any payment at this time</u>! If we anticipate that fees will exceed $25 or the amount you state in your letter (if greater than $25), we will normally notify you of our estimate of fees. After we received your agreement to pay for the expected fees (or you have narrowed your request to reduce fees) and we have processed your request, we will require payment for the accumulated charges before we release any documents to you (in excess of 100 free pages). Without such payment, your request file will be closed without further action.

    Once you have corrected the above deficiencies, please submit a new request for the documents. This is a final determination and your request for information has been closed. When we have received your new, corrected request, we will open a new file for you. **Please send your new, corrected request to the address above.**

(Page 1 of 2)
Form No. 003B - 6/02

NOV -8 2005

You may appeal my decision in this matter by writing within sixty (60) days, to:

>Office of Information and Privacy
>United States Department of Justice
>Flag Building, Suite 570
>Washington, D.C. 20530

Both the envelope and the letter of appeal must be clearly marked "Freedom of Information Act/Privacy Act Appeal."

After the appeal has been decided, you may have judicial review by filing a complaint in the United States District Court for the judicial district in which you reside or have your principal place of business; the judicial district in which the requested records, if any, are located; or in the District of Columbia.

**NOTE: Please tell us if you want all records or just bonds.**

Sincerely,

*Marie A. O'Rourke*
Marie A. O'Rourke
Assistant Director

(Page 2 of 2)
Form No. 003B - 6/02

CERTIFIED MAIL.
CERTIFIED NO   7003 3110 000  1646 2176

| | |
|---|---|
| **AGENCY:/DEPARTMENT:** | **DIRECT RESPONSE TO:** |
| U.S.Department of Justice<br>F.O.I.A./P.A. SECTION, ROOM115 Loc | Denard-Darnell: Neal.<br>( 23843-008) |
| **TO:**<br>Patricia D. Harris<br>F.O.I.A./P.A. SECTION, Room 115 Loc<br>Justice Management Division<br>U.S. Department of Justice<br>Constitution Avenue and Tenth Street NW<br>Washington, D.C. 20530 | P.O. BOX 1033<br>Federal Correctional Complex<br>Coleman, Florida.33521-1033<br>United States Penitentiary<br><br>IDENTIFICATION OF REQUESTER<br>In accordance with 28 CFR §16.41( |

RE: DISCLOSURE OF ALL CRIMINAL BONDS, BONDING, OR OTHERWISE AS REQUESTED
   BELOW-DENARD DARNELL NEAL-CASE NO. CR 90-03-01-PHX-EHC

Dated: July 11, 2005

Dear Ms. Harris:

This request is made pursuant to the provisions of the Freedom on Information Act 5 U.S.C. §552 and the privacy Act 5 U.S.C. §552a (d)(1) for a full disclosure and release of all records and/or data contained in the files of your department and/or Agency under my name and/or identifier to my name. This request sought herein is for Bond Information and/or Commercial Crimes Bonding Information and/or Case bonding Information and/or Commercial Crimes Bonding Certification 5 U.S.C. §552 (a)(2)(A)(B) of records that are secured and maintained by your Department and/or Agency.

The records sought specifically but not limited to are the compiled files containing:

(1) Criminal Case Bonding Information (2) Commercial Bond Certification (3) Noted Criminal Case Bonding and/or the Bond(s) which secured the financing and/or the pledge for the financing of the Criminal Case listed above (4) Certified true and correct copies of the Bond(s) and identification number(s) (5) Certified indication of the amount secured per Bond per each offense charged (6) The expiration date and specified interest for the specified length of time of these Bond(s) (7) Which government body and /or whom or what "person(s)"i.e. corporations,companies, associations, firms, partnerships, societies, joint stock companies, individuals and/or officers (a) secured the Bond(s) (b) hold the Bond(s) (8) Any and all other records and data concerning the Bond(s) not otherwise exempt by 5 U.S.C. §552 (a)(6)(C),(b)(7), 5 U.S.C. § 552a(j)(2),(k)(2) or law Public Citizens v. Dept. of Justice (1989) 491 U.S.440, 105 L.Ed 2d 377, 109 S.CT. 2552;

-1-

Dept. of Justice v. Reporters Comm. (1989) 489 U.S. 749, 103 L.Ed 2d 774, 109 S.CT. 1448; Detroit Free Press v. Dept. of Justice, 73 F. 3d 93 (1998); F.B.I. v. Abramson, 465 U.S. 615 72 L.Ed 2d 376, 102 S.CT. 2054 (1982) including exemption-u.s.c. §552(b)(3).

If the information, records and/or data requested are place, filed, secured and/or held in a separate, different and/or distinct file by or under another name, number or identifier other than the case docket number and/or identification(s) Listed above I authorize and request your Department and/or Agency to open and/or access that file for all the information, records and/or data requested herein.

It is further requested that your Department and/or Agency in response to all the information requested, specifically inform me if and to what government body and/or to whom and/or what "person" previously described, has been released and/or disclosed any of the information and/or material requested herein, their name, title purpose and need for such information and/or material, the date of release, and the specific information and/or material released and/or disclosed such information and/or material and the specific reference to authority, statute or regulation governing such release and/or disclosure 5 U.S.C. §552a(b)(1)--(12),(c)(1) (4), or law, Abraham &Rose, P.L.C. v. U.S. 138 F.3d 1075 (1998); Ray v. Dept. of Justice 720 F.2d (1983).

Your Department and/or Agency is advised that the Bonding and/or Bond(s) info, data or reports in total are no longer accord exempt status unless under specific exemptions noted, and only with reference to specific citation of authority, Nemetz v. Department of the Treasury, 446 F.Supp. 102 (1987); Akins v. Federal Election Com'n, 101 F.3d 731 (1996); Gummoc v. Gore, 180 F. 3d 282 (1999); Solar Sourses Inc. v. U.S., 142 F. 3d 1033 (1998).

I agree to pay any reasonable costs or fees applicable to this request, above and/or beyond the specified allotment of cost or fees applicable at no charge pursuant to The Uniform Practices Cod, The OMB Uniform FOIA Fee Schedule & Guidelines §6(b) Fed Reg 10017, in compliance with 31 U.S.C. § 9701, or if I, am considered indigent, I ask that your Department and/or Agency wave all charges pursuant to 5 U.S.C. §552a(i)(3) et seq.

Pursuant to 5 U.S.C. §552(a)(6)(A)(i), it is noted that your Department and/or Agency has ten (10) working days following receipt of this request to provide me this information and/or material sought. Should any delay occur, it is requested that your department and/or Agency inform me of this delay as provided by 5 U.S.C. §552(a)(6)(B), and the date when your Department and/or Agency will be able to act. In the event that I do not receive the response in the specified time provided by statute, I will then be forced to pursue other remedy, Public Citizen v. F.T.C. 869 F.2d 1541 (1989); Blazy v.Tenet, 194 F.3d 90 (1999); GMRI Inc. v.E.E.O.C.,149 F.3d 449 (1998)

I certify under penalty of perjury under the laws of the United States of America in the nature of [28 U.S.C. §1746(1)], that I have read the foregoing request for information and know the contents thereof, and that the information listed above is true, correct and complete.

Excuted this \_\_12\_\_ day of \_\_July\_\_, 2005

/S/ *Denard-Darnell: Neal, Secured Party*
Denard-Darnell: Neal. SECURED PARTY
Holder-In-Due-Course
Trade Name Owner
UCC Registration No. P506739

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Denard-Darnell: Neal                                )
P.O. BOX 1033                                       )
Federal Correctional Complex                        )
Coleman, Florida. 33521-1033                        )
Reg No. 23843-008                                   )
                                                    )
        Vs.                                         )
                                                    )
JOHN SNOW, SECRETARY OF THE TREASURY                )
DEPT. OF THE TREASURY                               )
1500 PENNSYLVANIA AVE., N.W.                        )
WASHINGTON, D.C. 20220                              )
WILLIAM G. SREWART II, ACTING ASSISTANT DIRECTOR    )
EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS        )
FREEDOM OF INFORMATION-PRIVACY ACT STAFF            )
600 E Street, N.W. Room 7300                        )
WASHINGTON, D.C. 20530                              )
                                                    )

                                    CIVIL ACTION No._____

NOTICE AND AFFIDAVIT BY SPECIAL VISITATION
OF THIRD PARTY INTERPLEADER

AFFIDAVIT OF Denard-Darnell:

BY SPECIAL VISITATION

Affiant, who goes by the appellation Denard-Darnell: of the Neal Family, a living breathing, flesh-and-blood man under the laws of GOD, being of sound mind, and over the age of twenty-one, whose advocate is Yahshua, the Messiah, reserving all rights, being unschooled in the law, and who has no bar attorney, is without an attorney, and having never been represented by an attorney, and not waving counsel, knowingly and willingly Declares and Duly affirms, in accordance with law, in special visitation, in good faith, with no intention of delaying, nor obstructing, and with the full intent for preserving and promoting the public confidence in the integrity and impartiality of the judiciary, that the following statements and facts, by special visitation in the matter Denard-Darnell: Neal Vs. JOHN SNOW; WILLIAM G. STEWART II, and any matter relating to this are of Affiant's own firsthand knowledge, does solemnly swear, declare, and dispose: that Affiant is competent to state the matters set forth herein; and all the facts stated herein are true, correct, complete, and certain.

AFFIDAVIT BY SPECIAL VISITATION-1             MAY 30 2006    62-DDN-1

RECEIVED

NANCY MAYER WHITTINGTON CLERK
U.S. DISTRICT COURT

This declaration of facts is based on Affiant's own firsthand knowledge and belief; mark Affiant's words:

1.) Affiant goes by the appellation Denard-Darnell: Neal; Affiant is a living, moral being endowed with unalienable rights to life, liberty, property, papers and effects, and all substantive rights of State of Illinois, State of Arizona, State of Florida.

2.) Affiant owns the name Denard-Darnell: Neal and the trade-name DENARD DARNELL NEAL @, as well as any and all derivatives and variations in the spelling of said trade-names, and speaks only for Denard-Darnell: Neal, and is no other, and is surety for no other, and speaks for no, person, juristic person, entity, individual group, organization, association, voluntary association, joint-stock association, company, co-partnership, firm, order-society, both aggregate and part of any aggregate-automatic aggregate-public utility aggregate, organization and incorporated-not incorporated, and is not misrepresenting Affiant, and has not duly granted, ratified, bargained for, gifted, sold, optioned, donated, and the like, any power of appointment in trust, nor any general nor special franchise, nor elective franchise, of name, character, living body, and the like in favor of any other, for any consideration, including but not limited by any option-opting, any promise, implied promise, successive promise, agreement, supposed agreement, fiction, forbearance, grace, creation, modification, destruction, and the like of legal relation, trade name, trademark, servicemark, title, titles, return promise, and the like, bargained for and given in exchange for a promise, privileges or benefits, reciprocity, any indemnity, mutual indemnification, any future interest, and the like.

3.) Affiant is a Sovereign who takes up housekeeping in the geographical region known as the Arizona Republic.

AFFIDAVIT BY SPECIAL VISITATION-2                    101562-DDN-1

4.) Regarding any and all documents other than those initiated-put forth by Affiant, i.e. documents such as this affidavit, Affiant states that any and all ink-marks appearing within the signature space of any and all such documents in position of respondents do not comprise Affiant's signature, as affiant's signature appears only where, knowingly, willingly, and voluntarily executed following full disclosure of all terms and conditions of any and all contracts-commercial agreements, as well as all terms and conditions of any unrevealed contract-commercial agreement.

5.) Affiant states that jurisdiction is neither conferred, nor implied, nor granted by Affiant to any of the respondents.

6.) Affaint states: No commercial consensual encounter took place even if so construed by any of the parties, and Affaint apologizes fro any such construction, for it was a mistake.

7.) Currently Affaint is unjustifiable threatened by FRAUD, and IRREVERSIBLE HARM continues accruing against Affiant.

8.) UNITED STATES TREASURY DEPARTMENT, et al; UNITED STATES JUSTICE DEPARTMENT, et al; of the above-cited action, who intend to rebut this affidavit, by signing such Affidavit using Christian name baptismal name-name given at birth, given in upper-and-lower-case format, not all capital letters, being a fully liable, living, breathing man-woman, responsible-liable for everything that such man-woman says and does. Any such Affidavit must be sent so as to be receive by Affiant at the address given below within twenty (20) days from receipt of this Affidavit and Attachments.

Affiant, Denard-Darnell: Neal, a living, breathing, flesh-and-blood man, does swear and affirm on Affiant's own unlimited commercial liability, that Affiant has scribed and read the foregoing facts contained in this Affidavit, and that, in accordance with the best of Affinat's firsthand knowledge and convictions truth, and nothing but the truth.

AFFIDAVIT BY SPECIAL VISITATION-3             101562-DDN-1

This Affidavit is dated: the ___10th___ Day of the ___4th___ Month in the Year of Our Lord Two Thousand Six.

By:_____*Denard-Darnell: Neal*_____
Autograph Common Law Copyright @ by Denard-Darnell: Neal @, EID 329649225.

Mail recipient and address for return correspondence to:

```
          Denard-Darnell: Neal.
              [23843-008]
            P.O. BOX 1033
      Federal Correctional Complex
      Coleman, Florida. 33521-1033
      UNITED STATES PENITENTIARY-1
```

AFFIDAVIT BY SPECIAL VISITATION-4                    101562-DDN-1