UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DENARD DARNELL NEAL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 06-1124 (ESH) |
| | ) |
| **JOHN SNOW, <u>et al.</u>,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## ORDER

This matter comes before the Court on the defendant's partial motion to dismiss and motion for entry of scheduling order. Upon consideration of the motion, the opposition thereto, the relevant law and the entire record herein, it is this ___ day of _____, 2006 hereby,

ORDERED that defendant's partial Motion to Dismiss is GRANTED, and it is further

ORDERED that plaintiff's claims, with the exception of his claim pursuant to the Freedom of Information Act are DISMISSED and it is further,

ORDERED that defendant's dispositive motion on the Freedom of Information Act claim shall be briefed on the following schedule:

Defendant's Motion:        September 29, 2006

Plaintiff's Opposition:    October 30, 2006

Defendant's Reply:         November 20, 2006

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE