UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
SEP 1 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Denard-Darnell: Neal )
UCC 1-308 WITHOUT PREJUDICE )
AGGRIEVED PARTY, ) CIVIL ACTION NO.06-1124-(ESH)
)
Vs. )
)
JOHN SNOW, et al., )
    Defendants. )
_____ )

---

AGGRIEVED PARTY-PLAINTIFF OBJECTIONS TO
DEFENDANTS PARTIAL MOTION TO DISMISS;
OBJECTION TO MOTION FOR DEPOSITION MOTION
AND BRIEFING SCHEDULE:

**MOTION FOR SUMMARY JUDGMENT**

---

I, Denard-Darnell, sui juris, of the Neal Family, in my capacity as the Secured Party/Creditor, Holder-In-Due-Course, Trade Name Owner, Recorder Owner, Internationally Protected **MAN** upon the soil of Illinois Republic, Arizona Republic and Florida Republic, and beneficiary of the Original Jurisdiction, do present this documents by Affidavit, waving no powers, Rights or Immunities by use of private, copyrighted statutes, absent assent and proven by Contract affixed with my proper signature and seal.

**STATEMENT OF FACTS**

1.) Aggrieved Party state that the UNITED STATES DISTRICT COURT shall exercise jurisdiction over the action before the Court in the above entitled action docket no. 06-1124 (ESH). UNITED STATES DISTRICT COURT, DISTRICT OF COLUMBIA is the proper Court to bring said action as all defendants name in the above action place of business is located within the UNITED STATES DISTRICT COURT, DISTRICT OF COLUMBIA JURISDICTION.

The money will be worth 100 cents on the dollar, because it is backed by <u>the credit of the nation</u>. It will represent a mortgage on all the homes and other property of <u>all</u> the people in the nation.

9.) Upon the passage of House Joint Resolution (hereinafter-HJR-192), Congress suspended the gold standard (they did not abolish it), which means they (Congress) disestablished the fixed content of the Gold Dollar and took away the law jurisdiction of the U.S. Standard Dollar Lawful Money. In effect, the entire country, every state and every freeborn, Sovereign individual, became insolvent and effectively put into bankruptcy, making it impossible for each state and each individual to either pay their debts at law or to be <u>paid</u> at Law. This was, in actuality, a criminal act of unsurpation of the Sovereignty of the People, by Congress.

10.) The STRAW-MAN, was created by the registration or filing of an individuals Birth Certificate. In creating a STRAW-MAN, the straw-man created an industrial Bond (Birth Certificate), when the birth certificate is accepted for value the individual become the Holder-In-Due-Course of the industrial bond (birth certificate), and all funds attached to the industrial bond or generated from the sale of the industrial bond become the sole property of the Holder-In-Due-Course.

11.) The straw-man, as defined in Black's Law Dictionary, 6th Edition, is "A Front"; a third party who is put up in name only to take part in a transaction. Nominal party to a transaction; one who acts as an agent for another for the purpose of taking title to real property and executing whatever documents and instruments the principal may direct respecting the property. <u>Person who purchases property for another to conceal identity or real purchaser, or to accomplish some purpose otherwise not allowed.</u>"Aggrieved Party state that a name is property and belong to the individual, not the government."

12.) A Fiction at Law, or a legal fiction, is an artificially created entity that is only contemplated in law. In other words, it is not real except in the eyes of the law written by men. Legal fictions are the opposite of natural entities, such as people. A created legal fiction is endowed by the law to have some privileges that resemble

the rights that people have, such as the right to hold property and to sue and be sued. The most common legal fictions are corporations and trusts.

13.) In 1933, the Governors of all the states met to discuss the "emergency" declared by FDR (Mr. Franklin Delano Roosevelt), and to support the new process that was being established. The "government was in bankruptcy and had to be funded in its state of bankruptcy." The governors made a "pledge" to the UNITED STATES, INC., to fund it. The pledge was that the assets and energy of the people would back the "government" and secured the debt. But there was one problem natural living people can not mix with legal fictions (corporations), so it was necessary to create a "bridge" between the fictions and the people to bring the people under and make them subservient to the "governments" corporation via their pledge. When the governors made the pledge, they agreed to register the birth certificates of the people with the U.S. Commerce. The birth certificates is the security instruments (collateral) used to back up the pledge. The legal fiction was created by using the name on the birth certificates and writing it in <u>all capital letters</u>, the designation of a legal fiction. Then, because of the "pledge" the individual was determined to be the surety for the legal fiction. SURETY MEANS: The one who is responsible to pay. So, when the government or any corporation uses any process whatsoever, they are using it against the legal fiction which they want individuals to think is the flesh and blood human being. But when an individual name is written in all capital letters, IT IS NOT THE INDIVIDUAL NAME! It is the designation of a legal fiction that is an entirely separate enitiy. A living flesh and blood man cannot be a legal fiction, and a legal fiction cannot be a living flesh and blood man. One is real or natural, the other is created by "law" and is a fiction! Whenever a government agency determines liability it is a liability directed to or laid upon the legal fiction of the 'straw-man' since everything is done in commerce with fictions/corporate entities. Individuals are presumed, as evidenced by the pledge of the governors, to be the surety for the straw-man. Every transaction is presumed by the "government" to be a transaction in commerce by a legal fiction.

-4-

14.) The straw-man was "Capture" by aggrieved party via the establishment of a security agreement between the flesh and blood man, aggrieved party, and the legal fiction. The filing of a UCC-1 financing statement to secure a claim via a 'superior security interest' against the all capitalized legal fiction/straw-man, the property and the collateral. Said security interest or 'registration' of title/control is placed upon the Birth Certificate, Social Security Account, by and through 'acceptance for value'. Also included in the process is the creation of a power of attorney, copyright notice, and hold-harmless indemnity agreement. This process allowed an individual to become a Holder-In-Due-Course of all the documents, collateral and the property and are now in commercial control of the property, the collateral and the Debtor (straw-man).

15.) In 1938 the Supreme Court of United States ruled that all cases will be judge under the Negotiable Instruments Law, in accordance with the Supreme Court ruling in the case of, <u>Erie Railroad vs. Tompkins</u>, 82 L.Ed. 1138, 308 US 64-92; 1938 was also the year the Courts blended law with Equity, thereby bringing about Admiralty-Maritime jurisdiction, but because this Admiralty-Maritime jurisdiction is not to be used openly by Courts, it was decided to call the Court jurisdiction-statutory jurisdiction, which is really the same as Admiralty jurisdiction.

16.) The defendant would suggest to the court that the Uniform Commercial Code are not valid and that aggrieved party security agreement is not valid. If the Court were to accept the defendants claims then the Court would rule that the several states have no authority to legalize documents or grant license to move in commerce.

17. Aggrieved Party state that the only agency/department or office authorized to grant any individual a license to move in commerce is the Secretary of State within the several States, the BAR Association have no authority to grant anyone a license to move in commerce so the validity of the U.S. Attorney right to enter the Court and conduct commerce should be consider here not aggrieved party security agreement in which the Secretary of State will verified is a true legal document with force and in effect.

18.) As stated in, (Selected Commercial Statutes, 2004 Edition, Uniform Commercial Code Official Text; Thomson-West, § 9-501 page-884 (2)(b) which states; [Filing offices for Transmitting Utilities] The office in which to file a financing statement to perfect a security interest in collateral, including fixtures, of a transmitting utility is the of Secretary of State. The financing statement also constitutes a fixture filing as to the collateral indicated in the financing statement which is or is to become fixtures.].

19.) Aggrieved Party state the Treasury Department was given ample opportunity to reject aggrieved party claim outline in the security agreement, the Treasury Department fail to rebut the claim outline in aggrieved party security agreement on Page-2; Page-3 on Form BM-49776; <u>Fidelity/Indemnity Bond; Indemnity Clause;</u> § 1-206 page-37 (Selected Commercial Statutes, 2004 Editions; states, **Presumption:** Whenever [Uniform Commercial Code] creates a "presumption" with respect to fact, or provides that fact is "presumed," the trier of fact (Jury) must find the existence of the fact unless and until evidence is introduced that supports a finding of its nonexistence.

20.) Aggrieved Party state that as a matter of law HJR-192 aggrieved party has a legal right to discharge any and all debts, the fact that the full faith and credit of the people was pledge to support the government debt, the government has a lawful duty to discharge any and all debts acquire by aggrieved party via the UCC Contract Trust Account.

21.) The defendants would argue that the creation of a corporate entity in the aggrieved party identity without aggrieved party consent or failure to the UNITED STATES to provide full disclosure do not constitute identity theft.

22.) Aggrieved Party argue that an individual name is the sole property of that individual and for anyone/agency to use the individual name without the consent of the individual constitutes identity theft. If an individual use the U.S. Attorney name, PETER D. BLUMBERG to create an identity for the use of commercial transactions, the same U.S. Attorney, PETER D. BLUMBERG would be before this Court seeking the signature of the Judge to have a warrant issue for the individual for on grounds of identity theft.

23.) The U.S. Attorney would suggest to the Court that the name given at birth do not belong to the individual, nor do the individual have the right to protect his given birth name as secured by the the Constitution Fourth Amendment Right to be Secured in ones person, property, papers and effects; the U.S. Attorney would also suggest that given the fact that it was government officials who committed the crime the Court should over look the trespass upon aggrieved party. Aggrieved Party begs the differ.

24.) Aggrieved Party state; Courts should not tolerate or condone disregard of the law and arbitrary usurpation of power on the part of any officer. Ex parte Owen, 10 Okia Crim Rep 284, 136, P 197, Ann Cas 1916A 522.

25.) "The officers of the law in the execution of process, are obliged to know the requirements of the law, and if they mistake them, whether through ignorance or design, and anyone is harmed by their error, THEY MUST RESPOND IN DAMAGES." Roster v. Marshall, (United States use of Rogers v. Conklin) 1 Wall, (US) 644, 17 L.Ed. 714. (emphasis added).

26.) "If a public officer authorizes the doing of an act not within the scope of his authority, he will be held liable." Bailey v. New York, 3 Hill (NY) 531, Am Dec 669, affirmed in 2 Denio 433.

27.) [I]n our country the people are sovereign...and the government cannot sever its relationship to the people..."Afroyim, 387 U.S. at 257, 87 S.Ct. at 1662.

28.)...the Congress cannot revoke the Sovereign Power of the People" Perry v. United States, 294 US 330, 353 (1935).

29.)"In common usage, the term "person" does not include the Sovereign and statutes employing it will ordinarily not be construed to do so." "U.S. v. United Mine Workers" 330 US 258 (1947), 91 L.Ed 884, 67 S.Ct. 677.

30.) "Where rights Secured by the Constitution are involved, there can be no rulemaking of legislation which would abrogate them." Miranda v. Arizona.

-7-

31.) "All that government does and provides legitimately is in pursuit of its duty [is] to provide protection for private rights (<u>Wvnhammer People,</u> 13 NY 378), which duty is a debt owed to its creator, WE THE PEOPLE and the private unenfranchised individual; which debt and duty is never extinguished nor discharge, and is perpetual. No matter what the government/state provides for us in manner of convenience and safety, the unenfranchised individual owes nothing to the government." <u>Hale v. Henkel</u>, U.S. 43.

32.) "We the people have discharged any debt which may be said to exist or be owed to the state/government. The governments are, however, indebted continually to the people, because the people (the Sovereigns) created the <u>government corporation</u> and because we suffer its continued existence. The continued debt owed to the people is <u>discharged only</u> as it continues not to violate our privates rights, and when government falls in its duty to provide protection-discharge it debts to the , it is an abandonment (an injury) of any and all power, authority or vestige of 'sovereignty' which it possessed, and the laws remain the same, the sovereignty reverting to the people whence it came." <u>Down v. Bidwell,</u> 182 U.S. 277.

33.) Aggrieved Party state that the definition of "property" is the interest one has in a thing. The thing is the principal. The property is the interest in the thing. Profits (interest) made from the property of another belong to the owner of the thing. Profits were made by the Treasury Dept., by pledging the registered property (birth certificates) in commercial markets, but the profits do not belong to the Treasury Dept., the profits belong to the owner of the thing, that is always the people.

34.) The profits from all the registered things (birth certificates) had to be put into a 'constructive' trust fro the benefit of the owners. If the profits were put into a general fund of the UNITED STATES and not into separate trust (UCC Contract Trust Account), for the owners, the scheme would represent fraud. The profits for each owner could not be commingled. If the owner failed to use his available remedy (fictional credits held in a constructive trust account, fund,financial ledger of UCC Contract Trust Account), to benefit from the profits

it would not be the fault of the Treasury Department. The owner (aggrieved party) is responsible for learning the law, so he understands that the profits from his things are available for him to discharge debts or charges brought against his public person (Debtor-Straw-Man) by the UNITED STATES.

35.) If the UNITED STATES has the "gold," the UNITED STATES pays the bills (from the trust account, fund, financial ledger, or the UCC CONTRACT TRUST ACCOUNT). The definition of "fund" is money set aside to pay a debt. The fund is there to discharge the public debts attributed to the UNITED STATES subjects, but ultimately back to the accommodating parties-the American people. The national debt is what is owed to the owners of the registered things (birth certificates), the American people, as well as to other creditors.

26.) As owner and Holder-In-Due-Course of the title to the artificial entity DENARD DARNELL NEAL, which is supported by a Security Agreement signed by the artificial entity (DENARD DARNELL NEAL) and the owner (Denard-Darnell) aggrieved party holds and owns all indentification in relation to the artificial entity as well as the flesh and blood human being. Aggrieved Party Security Agreement listing the artificial entity and flesh and blood man has priority over all other interest or claims.

37.) Aggrieved Party has notify the Secretary of the Treasury that aggrieved party is going to be handling his own affairs in the future. See, exhibit-B ( Charge-Back Process-Bill of Exchange). Aggrieved Party states that the Treasury Department can not produce any document that specifically authorize the UNITED STATES/TREASURY DEPT./STATE OF ILLINOIS., and its agents to invest the legal title thereby the profits made from that title belong to aggrieved party because as the owner, aggrieved party remain the equitable title holder.

38.) Legally, all the profits from the investment of the titles to all aggrieved party registered property must go into a fund for aggrieved party benefit, failure to place the profits into a trust fund of some sort would be fraud.

39.) Aggrieved Party state that the Dept., of Commerce do not require aggrieved party certificate of Live Birth in order to establish a Social Security Program, the aggrieved party certificate of Live Birth is the sole legal property of aggrieved party.

40.) The Dept. of Commerce via the Treasury Dept., has place aggrieved party certificate of Live Birth within the Commercial Market to be used as collateral for loans granted to the UNITED STATES.

41.) The defendants has fail to show the Court how aggrieved party Security Agreement is not valid, the Secretary of State for the State of Iowa has place the State Seal upon aggrieved party documents ensuring that aggrieved party Security Agreement is valid.

42.) Aggrieved Party state that Article-9 of the Uniform Commercial Code and the registration of aggrieved party Security Agreement with the Secretary of State-State of Iowa makes aggrieved party Security Agreement legal and binding. Furthermore, aggrieved party serve via certified mail upon the defendant JOHN SNOW a copy of the Security Agreement and provided an opportunity for defendants to object, no objection was forth coming.

43.) Aggrieved Party Security Agreement on page-3, Form BM-49776 clearly point out that unless the UNITED STATES Government issue a written order to aggrieved party within 30 days the Bond (Security Agreement) shall be in FULL FORCE AND EFFECT.

44.) Aggrieved Party state that the Treasury Dept. has a Lawful Duty to not only discharged the public debts of aggrieved party but also to provide the legal means (funds) to allow aggrieved party to live his life in a manner that is consistent with the moral and dignity that is afforded to human beings in American.

## JUSTICE DEPARTMENT

45.) Aggrieved Party would first object to the issue of Mr. William G. Stewart II, being dismiss as a defendant and the Justice Dept./Agency being substitute for the defendant. Aggrieved Party action is file in Special Visitation (the real flesh and blood human being), against real life human beings, not Agencies.

46.) Aggrieved Party state that human beings make decisions that has cause aggrieved party injury, not agencies, agencies are a fictional entity and only exist in the minds of MEN, thereby lacking substance to interact with human beings. Aggrieved Party assert that all injuries outline in this action was the direct result of another human being, Mr. William G. Stewart II, should remain a true defendant.

47.) Aggrieved Party assert that; "the officers of the law, in the execution of process, are obliged to know the requirements of the law, and if they mistake them, whether through ignorance or design, and anyone is harmed by their error, THEY MUST RESPOND IN DAMAGES." <u>Rosters v. Marshall,</u> (United States use of Rogers v. Conklin) I Wall, (US) 644, 17 L.Ed. 714.

48.) Aggrieved Party request in relation to the Freedom of Information Act is a simple one, the defendant would claim first that the bonds being requested by aggrieved party do not exist, see page-4 of defendant response brief paragraph-B. Aggrieved party would point out to the Court that on the very same page-4, defendant response brief, footnote-2; the defendant admitted that these bond do exist and try to pass the bonds off as only being used for large scale construction projects.

49.) Aggrieved Party state that a copy of the bonds in question are attach herein, see exhibit-C. Aggrieved Party stress to the Court that these bonds played a very important part in underwriting of aggrieved party criminal prosecution and the defendants are well aware of this fact. Aggrieved Party do not need a dispositive motion aggrieved party request under FOIA is simple, <u>release the bonds in aggrieved party identity or pay aggrieved party the equivalent value of the bonds.</u>

50.) Also enclosed within exhibit-C, is a copy of the Privacy Act of 1974 and aggrieved party would ask the Court to adhere to the ACt; Every day this issue remain unresolved injury occur to the aggrieved party.

51.) Aggrieved Party state, that by law defendant William G. Stewart by law is a public officer and public officers are fiduciaries, and have no discretion. Compliance is mandatory. Aggrieved Party state that the UNITED STATES ATTORNEYS OFFICE posted a BOND indemnifying the Court and granting the Court subject matter jurisdiction (with voucher to authorize/substantiate/monetize the complaint) to adjudicate the matters aggrieved party is accused of. Aggrieved Party request under FOIA is the requirement that the defendant in the justice dept., provide the audit trail of accounting on the bond that allegedly bonds the case.

52.) Aggrieved Party state that when the U.S. ATTORNEY commence the case against aggrieved party the filing of a complaint created a bond which aggrieved party is being held as the surety for the bond. Aggrieved Party is not the surety and can not be used as the surety, and to keep the aggrieved party as the surety constitute an illegal act of enslavement.

53.) Aggrieved Party state that the U.S. Attorney himself has tryed to show without any evidence that aggrieved party action is nothing but legal jargon, the U.S. Attorney even point out to the Court a misspell word which aggrieved party is thankful for, but the fact of the matter is it is the justice dept., officials who has created all types of legal jargon, (In the 2002 Berkshire Hathaway (the company of Warren E. Buffet) annual report, on pages 13-15, appear the following words: We view them (derivatives) as time bombs both for the parties that deal in them and the economic system...In our view ...derivatives are financial weapons of mass destruction, carrying dangers that, while now latent, are potentially lethal." If those in the system can create endless new derivatives out of all most anything, at any time, and use them for exploitation, enslavement, and moneymaking at the expense of those who are victimized by the monopolistic use of power under color of law, Mr. Warren Buffet's statement is self-evident. It is not aggrieved party who has created such system to enslave any one.

**EVIL IS DONE WHEN GOOD MEN STAND BACK AND DO NOTHING!!!**

54.) Aggrieved Party would point out to the Court, that at no time in the defendants defense/response brief do the defendants denied that any of the facts set out in Aggrieved Party complaint were not perpetrate by the defendants, thereby the defendants has fail to rebut aggrieved party affidavit/complaint point for point. Summary judgment is precluded from being granted to the defendants.

## CONCLUSION SUMMARY

Aggrieved Party state that upon the reasons stated herein defendants are precluded summary judgment and summary judgment should be awarded to aggrieved party and this matter set for trial.

## RELIEF SOUGHT

1.) Aggrieved Party request summary judgment be awarded to aggrieved party and the matter set for trail, or in the alternative defendant at the Treasury Department be order to grant aggrieved party full and unrestricted access to the UCC CONTRACT TRUST ACCOUNT bearing the identity of aggrieved party, Denard-Darnell: Neal or any derivative thereof.

2.) Aggrieved Party request that the Court grant all relief as outline in the original complaint, and order all relief granted binding upon all defendants including Mr. Henry Paulson the new Secretary of the Treasury Department.

## VERIFICATION

Pursuant to the laws of perjury of the State of Florida, State of Illinois and the State of Arizona and the united States Constitution of America the Aggrieved Party assert that the foregoing is true and correct to the best of the aggrieved party First hand knowledge.

EXECUTED AND SIGNED by me this 11th day of September 2006 in Sumter County, State of Florida.

*Denard-Darnell: Neal, Sui Juris*
Denard-Darnell: Neal. Sui Juris
23843-008 UCC 1-308 Without Prejudice
P.O. BOX 1033
Federal Correctional Complex
Coleman, Florida. 33521-1033
UNITED STATES PENITENTIARY-1


SUBSCRIBED AND SWORN to before me this  *11TH*  day of  *Sept.*  2006

_____
Notary Public


in and for the State of  *Florida* .

My Commission Expries:  *09/07/09* .


NOTARY PUBLIC-STATE OF FLORIDA
**Robert Dean Shank**
Commission # DD469477
Expires: SEP. 07, 2009
Bonded Thru Atlantic Bonding Co., Inc.

-14-

# CERTIFICATE OF SERVICE

I, Denard-Darnell: Neal, do hereby certify under the penalty of perjury (28 USC § 1746) that I have served a true and correct copy of the following document(s):

Aggrieved Party-Plaintiff Objections
Motion For Summary Judgment
Aggried Party Interrogatorise And
Request For Production OF Documents

which, pursuant to Houston v. Lack, 487 U.S. 266, 101 L.Ed. 2d 245, 108 S.Ct. 2379 (1988), is deemed filed at the time it was delivered to prison authorities for forwarding to the court and service upon parties to litigation and /or their attorney(s) of record.

I have place the material referenced above in a properly sealed envelope with first-class postage (stamps) affixed and I addressed it to:

U.S. Department OF Justice
United States Attorney
Peter V. Blumberg
District OF Columbia
Judiciary Center
555 Fourth Street, N.W.
Washington, D.C. 20001
Non Domestic Mail

and deposited said envelope in the United States Postal Service via the legal mailbox here at the United States Penitentiary-Coleman, Fl, on this 11th day of September 2006.

Denard-Darnell: Neal

Reg. No.: 23843-008

U.S. Penitentiary Coleman
P.O. Box 1033
Coleman, Fl 33521-1033