UNITED STATES DISTRICT COURT
DISTRICT OF COURT

Denard-Darnell: Neal )
P.O. BOX 1033 UCC 1-308 )
Federal Correctional Complex )
Coleman, Florida. 33521-1033 )    Civil Action No. 06-1124-(ESH)
Reg No. 23843-008 )
 )
    Vs. )
 )
JOHN SNOW, et al., )
 )
    Defendant. )

AGGRIEVED PARTY INTERROGATORISE AND REQUEST
FOR PRODUCTION OF DOCUMENTS
------------------------------------------------------------------

NOTICE TO COURT: Given that Mr. JOHN SNOW was the Secretary of the Treasury during all relevant times Aggrieved Party direct the interrogatory to Mr. JOHN SNOW, but said interrogatory is not limited to Mr. JOHN SNOW, Mr. HENRY M. PAULSON as the current Secretary of the Treasury may also answer this interrogatory!!!

The interrogatory shall be answered in good faith under penalty of perjury. The first question dishonored or ignored and not answered in the affirmative shall constitute tacit admission and prima facia evidence of answering in the negative and admission of truth.
(JOHN SNOW hereinafter-Respondent).

1.) Do the UCC CONTRACT TRUST ACCOUNT established within the Department of Treasury belong to Secured Party/Creditor Denard-Darnell: Neal.
2.) Do the funds within the UCC CONTRACT TRUST ACCOUNT established within the Department of Treasury belong to Secured Party/Creditor Denard-Darnell:Neal.
3.) Can the Department of Treasury legally withhold the funds contained in the UCC CONTRACT TRUST ACCOUNT belonging t Secured Party/Creditor, Denard-Darnell: Neal.
4.) Can the Department of Treasury legally denied Secured Party/Creditor Denard-Darnell: Neal, the legal right to discharge his debts.

5.) Can the Department of Treasury legally denied Secured Party/Creditor, Denard-Darnell: Neal, the legal right to discharge his debts thereby violating House Joint Resolution 192 (HJR-192).

6.) Can the Department of Treasury stop, interfere, hinder, block or denied Secured Party/Creditor his legal and absolute, unalienable, imprescriptable rights to enter into commercial contracts.

7.) Can the Department of Treasury denied Secured Party/Creditor full access to the UCC CONTRACT TRUST ACCOUNT thereby denying Secured Party/Creditor the right to provide an adequate living for himself.

9.) Can the Department of Treasury denied Secured Party/Credtior full access to the UCC CONTRACT TRUST ACCOUNT thereby violating Secured Party/Creditor Fourth and Fifth Amendments, the right to be secured in ones person and property in accordance with the Fourth Amendment and violation of Secured Party/Creditor Fifth Amendment which state, no person shall be deprived of his property without Due Process of the Law.

10.) Can the Department of Treasury denied that Secured Party/Creditor did not provide the Department of Treasury a copy of the Documents that are register with the State of Iowa Commercial Registry filed no. P506739 via certified mail.

11.) Are Federal Reserve Notes valueless?

12.) Is it the policy and custom of the Department of Treasury to conceal and maintain secret accounts within the Department of Treasury when said secret accounts belong to citizens of united States of America.

13.) Do the Department of Treasury have any express contract, signed by Secured Party/Creditor in which Secured Party/Creditor release the UCC CONTRACT TRUST ACCOUNT to the Treasury Department.

14.) Do the Department of Treasury claim any authority in Law upon which the Department of Treasury may described the seizure of Secured Party/Creditor UCC CONTRACT TRUST ACCOUNT is not unlawful.

15.) From October 15, 1962 until the present day has the Treasury Department or any of its agents, actors, officials including employees of the Department of Commerce had contact with any documents bearing the identity of the Secured Party/Creditor including the certificate of Live Birth but not limited to the Certificate of Live Birth.

16.) Has the Treasury Department, its agents, actors, officials, employees, including the Department of Commerce place any industrial bonds (birth certificates), upon any commercial markets whether commercial markets were foreign or domestic.

17.) Do the Department of Treasury via Department of Commerce have in their possession any documents bearing the identity of Aggrieved Party Denard-Darnell: Neal ?

18.) Do the Department of Treasury via Department of Commerce know the were abouts or location of any industrial bonds (certificate of live birth or other identity bearing documents), in the identity of the Aggrieved party Denard-Darnell: Neal ?

## OATH

I, Denard-Darnell: Neal, sui juris on my unlimited oath and commercial liability swear under penalty of perjury on the law of State of Florida, and the united States of America, that theforegoing is true correct and not meant to mislead.

*Denard-Darnell: Neal, Sui Juris*
Denard-Darnell: Neal. Sui Juris
Aggrieved Party; UCC 1-308 Without Prejudice
23843-008
P.O. BOX 1033
Federal Correctional Complex
Coleman, Florida. 33521-1033
UNITED STATES PENITENTIARY-1

SUBSCRIBED AND SWORN before me this ___11TH___ day of ___Sept.___ 2006

_____
NOTARY PUBLIC in and for the State of Florida, County of

___09/07/09_____ my term expires:

NOTARY PUBLIC-STATE OF FLORIDA
Robert Dean Shank
Commission # DD469477
Expires: SEP. 07, 2009
Bonded Thru Atlantic Bonding Co., Inc.

-3-