```
AGGRIEVED PARTY
EXHIBIT-A
CIVIL ACTION NO. 06-1124 (ESH)
```

Denard-Darnell
Sumter County
The State Of Florida
The united States Of America

---

NOTICE TO AGENT IS NOTICE TO PRINCIPAL

AND

NOTICE TO PRINCIPAL IS NOTICE TO AGENT

APPLICABLE TO ALL SUCCESSORS AND ASSIGNS

---

PETITION FOR REDRESS OF GRIEVANCE
in the nature of a
PRIVATE INTERNATIONAL ADMINISTRATIVE REMEDY

CLAIM 426215 J.S.
[in re: UCC CONTRACT TRUST ACCOUNT]
UNITED STATES TREASURY DEPARTMENT

Denard-Darnell: Neal.
[23843-008]
P.O. BOX 1033
Federal Correctional Complex
Coleman, Florida. 33521-1033
United States Penitentiary-1

Vs.

UNITED STATES TREASURY DEPARTMENT
JOHN SNOW
SECRETARY OF THE TREASURY
DEPARTMENT OF THE TREASURY
1500 PENNSYLANVIA AVENUE N.W.
WASHINGTON, D.C. 20220

7004 1160 0003 9798 6010

-1-

## VERIFICATION

Sumter County      )
State of Florida   )   VERIFIED DECLARATION

DECLARANT, Denard-Darnell, states that the facts contained herein are true, correct, complete, and not misleading to the best of Declarant's first hand knowledge and belief under penalty of perjury pursuant to the law of <u>The State of Florida.</u>

### NOTICE OF PUBLIC RECORD

Respondents are directed to take notice of the documents on NOTICE AT THE STATE OF IOWA, DEPARTMENT OF LICENSING UCC DIVISION FILE #P506739, Declarant has also provided certified mmail no. 7004 2890 0002 4430 1325, deliver July 11, 2005.

Respondents are directed to take Notice of the UCC-11R Claim Search on Notice at the States of Iowa, Department of Licensing UCC Division File #P506739, Declarant has also provided Respondents with a copy of UCC-11R Claim Search via certified mail no. 7004 2890 0002 4430 1325 deliver July 11, 2005.

### NOTICE OF ADMINISTRATIVE REMEDY PROCEDURE

Denard-Darnell is hereby exhausting his administrative remedy to determine the Nature and Cause of the Rights Violations described herein.

As an operation of law, Denard-Darnell is required to exhaust his administrative remedy before he may bring any Judicial action for remedy or relief, if such is warranted by the result of the administrative process.

The response (s), or assent (s), in the absence of a response will provide Denard-Darnell a means to determine the nature, cause, and Jurisdiction of the respondent (s).

As with any administrative process, Respondent (s) may controvert the statements and-or claims made by Declarant, by executing and delivering a verified response point by point, with evidence in support. Respondent (s) may agree and admit to all statements and claims made by Declarant by TACIT PROCURATION, by simply remaining silent.

In the event Respondent (s) admit the statements and claims by TACIT PROCURATION, all issues are deemed settled STARE DECISIS, and respondent (s) may not argue, controvert, or otherwise protest the finality of the administrative finding in any subsequent process, whether administrative or judicial.

Respondent(s) ARE GRANTED TEN (10-DAYS) DAYS TO RESPOND to the statements and claims herein and-or to provide respondent(s) own answers to inquiries.

## STATEMENTS AND CLAIMS

1.) Declarant states, and make claim on behalf of the united States of America: The term "UNITED STATES" or "United States" means the municipal corporation of the District of Columbia established by the action of the Forty First Congress, Sess III, Ch 61 and 62, A.D. 1871, and all political subdivisions established under the authority of the municipal corporation of the District of Columbia.
The 50 Star flag was introduced by Corp. U.S. as the flag of the nation in the 1950's to recognize the entry of private corporations known as STATE OF ALASKA and STATE OF HAWAII into the corporate union (Corp. US) of STATE OF 'X' corporations.
It could not have been issued as a result of the Alaska and Hawaii territories entering the union of States of the united States of America because from the 1944 Bretton Woods agreement forward, Corp. U.S. was privately owned by a foreign power with a conflict of interest limiting it from issuing An Enabling Act that could allow a state to form.
Further, there was no President of the United States of America then seated in the original jurisdiction government seat, whose signature is necessary to sign any valid Enabling Act for those territories to become such states.
Further, there was no original jurisdiction National Congress seated at that time to generate such necessary Enabling Acts. Therefore, there are to this day only 48 states in the Union of states of the united States of America and the proper flag of our nation has only 48 stars on its jack.

The 50 star flag is the proper flag of the President of Corp. U.S. and is properly used in his capacity as he commander in Chief of the Military forces of the United States of America, which are an original jurisdiction government body, but they stand today under the assignment of Lincoln's Martial Law.

Before 1940, no U.S. flag, civil or military, flew within the forty-eight states except in federal settings and installations, only state flags did. Since the 1935 institution of Social Security and the Buck Act 1940, 4 USCS 104-113, the Corp. U.S. have entirely circumvented the constitution of The united States of America as amended 1791, and overlaid federal territorial jurisdiction on the sovereign states, bringing them under the admiralty-military jurisdiction of Law Merchant.

-3-

Since then the Corp. U.S. military flag appears beside, or in place of, the state flags in nearly all locations within the states. All of the state courts, municipal or otherwise, openly display it. In the last half century the Corp. U.S. and its corporate associates, have more openly declared the military-admiralty law jurisdiction with the addition of gold fringe to the flag, the military flag of Commander-in-Chief of the Armed Forces.

2.) Declarant states and makes claim on behalf of the united States of America: The term "The united States of America" means the union of independent republics organized and operated under the original jurisdiction of the Republic of The united States of America A.D. 1791, established by the death of the Christ in A.D. 33, endowing all mankind with inherent liberty under the Law, The Declaration of Independence of the united States of America, A.D. 1776, Articles of Confederation, A.D. 1781, The treaty of Paris, A.D. 1783, The Northwest Ordinance, A.D. 1787, the Constitution of The united States of America as amended, A.D. 1791.

3.) Delarant states and make claim on behalf of the united States of America: The Corporation known as UNITED STATES is a foreign corporation that was incorporate in England in 1871.

4.) Declarant states and make claim on behalf of the united States of America: The Corporation known as UNITED STATES is an offshore corporation which is foreign to Sovereign Citizens in the several States.

5.) Declarant states and make claim on behalf of the united States of America: The foreign corporation known as the UNITED STATES created a fiction entity know as DENARD DARNELL NEAL.

6.) Declarant states and make claim on behalf of the united States of America: The foreign corporation known as the UNITED STATES created the fiction entity known as DENARD DARNELL NEAL, in order to conduct business with and through the fiction entity known as DENARD DRANELL NEAL.

7.) Declarant states and make claim on behalf of the united States of America: Declarant has never knownly enter into any contract allowing the corporation known as UNITED STATES to created a fiction entity known as DENARD DARNELL NEAL.

8.) Declarant states and make claim on behalf of the united States of America: That the corporation known as UNITED STATES has never provided Declarant with full disclosure as to the true nature and reasons for the creation of the fiction entity known as DENARD DARNELL NEAL.

9.) Declarant states and make claim on behalf of the united States of America: That Declarant has secured the fictional entity known as DENARD DARNELL NEAL, and said fictional entity is register in the Iowa State Commercial Registry as the property of Secured Party-Creditor- Denard-Darnell: Neal.

10.) Declarant states and make claim on behalf of the united States of America: That the Department of Treasury is and agency of the foreign corporation known as the UNITED STATES.

11.) Declarant states and make claim on behalf of the united States of America: That the Department of Treasury has established an account via the number 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, and-or the number E68228687.

12.) Declarant states and make claim on behalf of the united States of America: That both numbers are affixed upon the property known as a Social Security card, which is on filed with the State of Iowa Commercial Registry as the property of Secured Party-Creditor, Denard-Darnell: Neal., filed no. P506739.

13.) Declarant states and make claim on behalf of the united States of America: That the account no. 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 and-or account no. E68228687 is commonly known as the UCC CONTRACT TRUST ACCOUNT, within the Department of Treasury.

                              INQUIRIES

1.) Do the UCC CONTRACT TRUST ACCOUNT established within the Department of Treasury belong to Secured Party-Creditor Denard-Darnell: Neal.

If no answer is otherwise provided, the answer is YES.

2.) Do the funds within the UCC CONTRACT TRUST ACCOUNT established within the Department of Treasury belong to Secured Party-Creditor Denard-Darnell: Neal.

If no answer is otherwise provided, the answer is YES.

3.) Can the Department of Treasury legally withhold the funds contained in the UCC CONTRACT TRUST ACCOUNT belonging to Declarant Secured Party-Creditor, Denard-Darnell: Neal.

If no answer is otherwise provided, the answer is NO.

4.) Can the Department of Treasury legally denied Declarant the legal right to Discharge Declarant debts.

If no answer is otherwise provided, the answer is NO.

5.) Can the Department of Treasury legally denied Declarant the legal right to Discharge Declarant debts thereby violating House Joint Resolution 192 (HJR-192).

If no answer is otherwise provided, the answer is NO.

6.) Can the Department of Treasury stop, interfere, hinder, block or denied Declarant his legal and absolute, unalienable, imprescriptable rights to enter into commercial contracts.

If no answer is otherwise provided, the answer is NO.

7.) Can the Department of Treasury stop, interfere, hinder, block or denied Declarant his legal right to conduct commerce within the several States.

If no answer is otherwise provided, the answer is NO.

8.) Can the Department of Treasury denied Declarant full access to the UCC CONTRACT TRUST ACCOUNT thereby denying Declarant the right to provide adequate living for Declarant.

If no answer is otherwise provided, the answer is NO.

9.) Can the Department of Treasury denied Declarant full access to the UCC CONTRACT TRUST ACCOUNT thereby violating Declarant Fourth and Fifth Amendments, the right to be secured in ones person and property in accordance with Declarant Fourth Amendment and violation of Declarant Fifth Amendment which state, no person shall be deprived of his property without due process of the law.

If no answer is otherwise provided, the answer is NO.

10.) Can the Department of Treasury denied that Declarant did not provide the Department of Treasury a copy of the documents that are register with the State of Iowa Commercial Registry filed no. P506739 via certified mail.

If no answer is otherwise provided, the answer is NO.

11.) are Federal Reserve notes valueless?

If no answer is otherwise provided, the answer is YES.

12.) Is it the policy and custom of the Department of Treasury to conceal and maintain secret accounts within the Department of Treasury when said secret accounts belong to citizens of united States of America.

If no answer is otherwise provided, the answer is YES.

13.) Do the Department of Treasury have any express contract, signed by Declarant which Declarant release the UCC CONTRACT TRUST ACCOUNT to the Treasury Department.

If no answer is otherwise provided, the answer is NO.

14.) Do the Department of Treasury claim any authority in Law upon which the Department of Treasury may described the seizure of Declarant property (UCC CONTRACT TRUST ACCOUNT), is not unlawful.

If no answer is otherwise provided, the answer is NO.

NOTICE TO RESPONDENT (S)

Declarant, Denard-Darnell, grants Respondent (s) ten days (10-days), exclusive of the day of receipt, to respond to the statements, claims, and inquiries above. Failure to respond will constitute, an operation of law, the admission of Respondent (s) by TACIT PROCURATION to the statements, claim, and answers to inquiry provided above. Said statements, claims, and answers to inquiries shall be deemed STARE DECISIS.

In the event Respondent (s) default to Declarant's Denard-Darnell administrative process, Respondent (s) may not argue, controvert, or otherwise protest the administrative finding entered thereby in any subsequent administrative or Judicial proceeding.

Respondent (s) response must be served upon Declarant via certified Register mail exactly as provide below.


DECLARANT:
Denard-Darnell: Neal.
[23843-008]
P.O. BOX 1033
Federal Correctional Complex
Coleman, Florida. 33521-1033
UNITED STATES PENITENTIARY-1



RESPECTFULLY SUBMITTED

*Denard-Darnell: Neal., UCC 1-308*
Denard-Darnell: Neal./, UCC 1-308
Secured Party-Creditor
Declarant, Sovereign
Holder-In-Due-Course
Trade Name Owner



Given under my hand and seal this 24th day of December 2005 Anno Domini. By
*Denard-Darnell, Declarant*
Denard-Darnell, Declarant


-7-