AGGRIEVED PARTY
EXHIBIT-B
CIVIL ACTION NO. 06-1124 (ESH)

Invoice #: DND-778812
Non-Negotiable Charge-Back
John Snow
Secretary of the Treasury
Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220

NON-NEGOTIABLE
ACTUAL AND CONSTRUCTIVE NOTICE AND VERIFICATION

*[Handwritten annotations overlaid: "Accepted for Value by the Undersigned, Accept for Value / Endorsements, Front and back in Accordance with Uniform Commercial Code §§1-104 and 10-104 and House Joint Resolution 192 June 5/1933    March 19, 2005 C. Denard-Darnell: Neal"]*

Attention: John Snow, Respondent

1.) This constitutes Actual and Constructive Notice that, re the enclosed, the undersigned, Denard-darnell: Neal, herewith Accepts For Value all enclosed documents and related endorsements in accordance with Uniform Commercial Code (hereinafter"UCC), § 3-419 and House Joint Resolution 192 of June 5th, 1933, and UCC §§1-104 and 10-104, Charge UCC Contract Trust Account Exemption identification # 329649225 of the Undersigned for appropriate registration fees and command the memory of account # 68228687 to charge the same to the Debtor's order, or to the Respondent's order.

2.) The Total Value of this NON-NEGOTIABLE ACCEPTANCE FOR VALUE in the enclosed is One Million United States Dollars ( $ 1,000,000.00).

3.) Please adjust the Undersigned's UCC Contract Trust Account forthwith, failure by the Undersigned to receive Notice from Respondent to the contrary within thirty (30) days of Respondent receipt of this ACTUAL AND CONSTRUCTIVE NOTICE shall constitute confirmation from Respondent that the Undersigned's UCC Contract Trust Account has been adjusted as herein-stated.

4.) In the event Respondent requires further information or assistance from the Undersigned, please write to the Undersigned at the mailing location provided herein and herewith.


Posted Certified Account No. 623215772
Bill of Exchange No. DND-778813


Page 1 of 2

VERIFICATION

EXECUTED AND SIGNED THIS __19__ DAY OF __March__ 2005 C.E.

*Denard-Darnell:Neal*
Denard-Darnell:Neal
(23843-008)
P.O.BOX 1033
Federal Correction Complex
Colem,Florida.33521-1033
United States Penitentiary


SUBSCIBED AND SWORN TO BEFORE ME WITH VERIFIED IDENTIFICATION
ON THIS __5th__ DAY OF __April__ 2005 C.E.



NOTARY PUBLIC, in and for the
State of Arizona, residing in
County of __Maricopa__
My Commission expries:

Page 2 of 2

Invoice #: DND-778813

John Snow
Secretary of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220

NON-NEGOTIABLE BILL OF EXCHANGE

IN ACCORDANCE WITH HOUSE JOINT RESOLUTION 192 ON JUNE 5th, 1933
AND UNIFORM COMMERCIAL CODE §§ 1-104 and 10-104.

RE: "CHARGE-BACK" OF UCC CONTRACT TRUST ACCOUNT
PERSONAL UCC CONTRACT TRUST ACCOUNT #: 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

Attention: John Snow, Respondent

1.) Attached are documents 1.a. comes from the undersigned's examination of the Commercial Agreements of the Undersigned's which are listed on the enclosed accounting, with receipts and other evidence that the Undersigned has accepted for value all related endorsements in accordance with Uniform Commercial Code § 3-419. The total amount of NON-NEGOTIABLE CHARGE-BACK enclosed is One Million United States Dollars, ( $ 1,000,000.00).

2.) Please "Charge-Back to the Undersigned UCC Contract Trust Account #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 for the same value, and charge the Undersigned's account for the fees necessary for the securing and registration of the Undersigned's personal possessions, (Certificate of Live Birth), for the priority exchange for the tax exemption to discharge public liability. Command the memory of account # 68228687 to charge the same to Debtor's order or Respondent order.

3.) This POSTED Certified Account, 623215772 fund which is part of the Undersigned's tax estimate, is direct for priority use for the Republic, Article Four, Section Four of the Constitution of the United States, in accord with public policy House Joint Resolution 192 of June 5th, 1933 (hereinafter HJR-192"), discharge of the public debt.

4.) Mr. Snow, Sedretary-in-Charge, or the Treasury Department Deputy Secretary-in-Charge, is directed to take Undersigned's Bank Acceptance of this Article Seven receipt, in exchange for the tax exemption priority. This "NON-NEGOTIABLE BILL OF EXCHANGE is in accord with HJR-192 and is presented for the receiver to the Federal Window, (EFT), for settlement of retail agreements.

5.) With this POSTED transaction the "CHARGE-BACK" charges documents by the enclosed forms, for use by the Republic, is complete.

NON-NEGOTIABLE BILL OF EXCHANGE- 1 of 2

6.) Please adjust the Undersigned's UCC CONTRACT TRUST ACCOUNT forthwith. Failure by the Undersigned to receive notice from Respondent to the contrary within thirty (30) days of Respondent receipt of this NON-NEGOTIABLE BILL OF EXCHANGE shall constitute confirmation from Respondent that the Undersigned UCC CONTRACT TRUST ACCOUNT has been adjusted as herein requested.

7.) Should Respondent need to request more information or assistance with charging the Undersigned's UCC CONTRACT TRUST ACCOUNT, please direct inquiries to the Undersigned at the mailing location provided herein-below.

Attached Invoice #: DND-778812


Sincerely

*Denard-Darnell: Neal*                    Closing Date: March 19, 2005
Denard-Darnell: Neal
( 23843-008)
P.O. BOX 1033
Federal Correctional Complex
Coleman, Florida. 33521-1033
United States Penitentiary
Exemption Identification # 329649225
Pre-Paid-Preferred Stock
Priority-Exempt from Levy


Enclosures ( Receipts)


RETURN FILE STAMPED RECEIPTS TO :
THE GEOGRAPHICAL LOCATION ABOVE

Certificate of Live Birth


SUBSCRIBED AND SWORN TO BEFORE ME WITH VERIFIED IDENTIFICATION

on this ___5th___ day of ___April___ 2005 C.E.



Notary Public, in and for the
State of Arizona, residing in
County of Maricopa
My Commission expires:


NON-NEGOTIABLE BILL OF EXCHANGE - 2 of 2



**VOID IF ALTERED OR ERASED**

**COUNTY OF COOK**
**STATE OF ILLINOIS**
**OFFICE OF THE COUNTY CLERK**
**DAVID ORR**

CERTIFICATION OF BIRTH

Accepted for Value
I, the undersigned,
Accept for value all related
Endorsements, front and back
in accordance with Uniform Commercial
Code §§ 1-104, 3-419, 10-104 and House
Joint Resolution 192 - Of June 5, 1933
March 19, 2005 C.E.
Denard-Darnell: Neal.

BIRTH NUMBER: 112-62-6094614      SEX: MALE

NAME: DENARD DARNELL NEAL

DATE OF BIRTH: OCTOBER 15, 1962

PLACE OF BIRTH: CHICAGO, COOK COUNTY, ILLINOIS

DATE FILED: OCTOBER 24, 1962      DATE ISSUED: SEPTEMBER 8, 2004

377680

This is to certify that this is a true and correct abstract from the official record filed with the Illinois Department of Public Health.

*David D. Orr*
DAVID D. ORR
COUNTY CLERK

ISSUED AT: COUNTY BUILDING
CHICAGO, ILLINOIS 60602-1304

This copy is not valid unless displaying embossed seals of Cook County and County Clerk signature

CL81

## YOUR SOCIAL SECURITY CARD

Detach the card below and sign it in ink immediately.
Keep your card in a safe place to prevent loss or theft.
**DO NOT CARRY IT WITH YOU.**
Do not laminate your card.



This card belongs to the Social Security Administration and you must return it if we ask for it.
If you find a card that isn't yours, please return it to:
  Social Security Administration
  P.O. Box 33008, Baltimore, MD 21290-3008
Improper use of this card or number by anyone is punishable by fine, imprisonment or both.
<u>Protect Your Number and Card to Prevent Their Misuse</u>
• Sign your card right away and keep it in a safe place.
• DO NOT carry it with you.
For any other Social Security business/information, contact your local Social Security office. If you write to the above address for any business other than returning a found card, it will take longer for us to answer your letter.

Social Security Administration
Form SSA-3000 (3-2004)                      E68228687

*Handwritten diagonally across page:* Accepted for Value I the Undersigned, Accept for Value all related Endorsements, front and back in Accordance with Uniform Commercial Code §§ 1-104, 3-419, 10-104 and House Joint Resolution 192 of June 5, 1933
March 19, 2005 C.E.
Denard-Darnell: Neal

```
*******************************************
The Document on which this Certificate
is affixed is CERTIFIED A True Correct
and Complete Copy of the Original.
Claimant is Holder in Due Course of the
Original.
  Denard-Darnell: Neal          March 19, 2005 C.E.
  signed                         Dated
Convention de la Haye du-
5-October-1961
*******************************************
```