UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DENARD DARNELL NEAL,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
|     v. | ) Civil Action No. 06-1124 (ESH) |
| | ) |
| **JOHN SNOW, <u>et al.</u>,** | ) |
| | ) |
|     **Defendants.** | ) |
| | ) |

### DEFENDANT EOUSA'S MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO FILE MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendant Executive Office of United States Attorneys respectfully moves for an enlargement of time of three weeks, through and including October 20, 2006, within which to file a motion for summary judgment in this matter. Good cause exists to grant this motion:

1. Defendant Executive Office of United States Attorney's ("EOUSA") motion for summary judgment on plaintiff's Freedom of Information Act claim is currently due September 29, 2006.[1]

2. Defendant EOUSA needs additional time to complete the necessary declarations to accompany the Motion for Summary Judgment. The preparation of a <u>Vaughn</u> declaration has been more time consuming than anticipated because it has required extensive consultation with the United States Attorneys Office for the District of Arizona (the District in which Mr. Neal was prosecuted).

3. EOUSA therefore requests an enlargement of time to file its motion for summary judgment, through and including October 20, 2006.

---

[1] Plaintiff's other claims were dismissed by Memorandum Opinion and Order of September 20, 2006.

-1-

4. Plaintiff is currently incarcerated; consequently, defendant's counsel has not sought to reach him to ascertain his position on the relief requested.[2]

For these reasons, EOUSA requests that the Court grant its Motion for Enlargement of Time Within Which to File Motion for Summary Judgment. A proposed order is included with this Motion.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/
PETER D. BLUMBERG, Bar # 463247
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7157

Dated: September 27, 2006

---

[2] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

-3-

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 27th day of September, 2006, I caused the attached Motion for Enlargement of Time to be served on plaintiff, by first class United States mail:

Denard Darnell Neal
#238443-008
Federal Correction Complex
P.O. Box 1033
Coleman, FL 33521

/s/
PETER D. BLUMBERG
Assistant United States Attorney

-3-