UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENARD DARNELL NEAL, | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 06-1124 (ESH) |
| v. | ) |
| JOHN SNOW, et al., | ) |
| Defendants. | ) |

**ORDER**

This matter comes before the Court on Defendant Executive Office of United States Attorney's (EOUSA) Motion For Enlargement of Time to File Motion for Summary Judgment. Upon consideration of the Motion, the entire record herein, it is by the Court this ____ day of _____, 2006 hereby

ORDERED that Defendant's Motion is GRANTED; and it is further

ORDERED that EOUSA shall file its Motion for Summary Judgment on or before October 20, 2006.

SO ORDERED.

_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE

copies to:

Denard Darnell Neal
#238443-008
Federal Correction Complex
P.O. Box 1033
Coleman, FL 33521

Defendant via ECF