UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DENARD DARNELL NEAL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 06-1124 (ESH) |
| | ) |
| **JOHN SNOW, <u>et al.</u>,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

### DEFENDANT EOUSA'S MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO FILE MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendant Executive Office of United States Attorneys respectfully moves for an enlargement of time of three weeks, through and including November 8, 2006, within which to file a motion for summary judgment in this matter. Good cause exists to grant this motion:

1. Defendant Executive Office of United States Attorney's ("EOUSA") motion for summary judgment on plaintiff's Freedom of Information Act claim is currently due October 20, 2006.

2. Defendant EOUSA has been diligently working on a Motion for Summary Judgment in this matter. However, in preparing the motion, defendant now recognizes that there is an additional avenue to be pursued with respect to the agency's obligation to conduct a reasonable search for responsive records. See <u>Oglesby v. U.S. Dept. of Army</u>, 920 F.2d 57, 68 (D.C. Cir. 1990).

3. The agency estimates that it will take an additional 7-10 days to complete this additional search process.

4. Defendant thus requests an extension of just over two weeks, through and including November 8, 2006, within which to file its Motion for Summary Judgment. This should provide adequate time to complete the search, revise the delclaration(s) and complete the accompanying

memorandum of points and authorities.[1]

5. Plaintiff is currently incarcerated; consequently, defendant's counsel has not sought to reach him to ascertain his position on the relief requested.[2]

For these reasons, EOUSA requests that the Court grant its Motion for Enlargement of Time Within Which to File Motion for Summary Judgment. A proposed order is included with this Motion.

                              Respectfully submitted,

                              /s/
                              JEFFREY A. TAYLOR, D.C. Bar # 498610
                              United States Attorney

                              /s/
                              RUDOLPH CONTRERAS, D.C. Bar # 434122
                              Assistant United States Attorney

                              /s/
                              PETER D. BLUMBERG, Bar # 463247
                              Assistant United States Attorney
                              United States Attorney's Office
                              Civil Division
                              555 4th Street, N.W.
                              Washington, D.C. 20530
                              (202) 514-7157

Dated: October 19, 2006

---

[1] If potentially responsive records are found, defendant will so inform plaintiff and the Court. In that case, defendant may need to request a revsied scheduling order in order to process those records.

[2] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

-3-

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 19th day of October 2006, I caused the attached Motion for Enlargement of Time to be served on plaintiff, by first class United States mail:

Denard Darnell Neal
#238443-008
Federal Correction Complex
P.O. Box 1033
Coleman, FL 33521

/s/
PETER D. BLUMBERG
Assistant United States Attorney