UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DENARD DARNELL NEAL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 06-1124 (ESH) |
| | ) |
| **JOHN SNOW, et al.,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

### DEFENDANT EOUSA'S MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO FILE MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendant Executive Office for United States Attorneys respectfully moves for an enlargement of time through and including November 17, 2006 within which to file a motion for summary judgment in this matter. Good cause exists to grant this motion:

1. Defendant Executive Office for United States Attorney's ("EOUSA") motion for summary judgment on plaintiff's Freedom of Information Act claim is currently due November 8, 2006.

2. As explained in defendant's prior extension motion, defendant sought additional time in order to conduct further searches for responsive records consistent with its obligations under FOIA. EOUSA has now conducted those searches. However, completion of a revised declaration took longer than anticipated, and defendant needs a brief amount of additional time to complete the accompanying memorandum of points and authorities.

3. Defendant thus requests an extension of just over one week, through and including November 17, 2006, within which to file its Motion for Summary Judgment. An extension of this length is sought both to avoid the need for moving for additional seratim extensions and because counsel for defendant is expected to be out of the office November 11-14, 2006.

4. Plaintiff is currently incarcerated; consequently, defendant's counsel has not sought to reach him to ascertain his position on the relief requested.[1]

For these reasons, EOUSA requests that the Court grant its Motion for Enlargement of Time Within Which to File Motion for Summary Judgment. A proposed order is included with this Motion.

          Respectfully submitted,

          /s/
          JEFFREY A. TAYLOR, D.C. Bar # 498610
          United States Attorney

          /s/
          RUDOLPH CONTRERAS, D.C. Bar # 434122
          Assistant United States Attorney

          /s/
          PETER D. BLUMBERG, Bar # 463247
          Assistant United States Attorney
          United States Attorney's Office
          Civil Division
          555 4th Street, N.W.
          Washington, D.C. 20530
          (202) 514-7157

Dated: November 8, 2006

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

-3-

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 8th day of November, 2006, I caused the attached Motion for Enlargement of Time to be served on plaintiff, by first class United States mail:

Denard Darnell Neal
#238443-008
Federal Correction Complex
P.O. Box 1033
Coleman, FL 33521

/s/
PETER D. BLUMBERG
Assistant United States Attorney