UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DENARD DARNELL NEAL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 06-1124 (ESH) |
| | ) |
| **JOHN SNOW, <u>et al.</u>,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**ORDER**

This matter comes before the Court on the defendant's Motion for Extension of Time Within Which to File Motion for Summary Judgment. Upon consideration of the motion, and for good cause shown, it is this ___ day of _____, 2006 hereby,

ORDERED that defendant's motion is GRANTED, and it is further

ORDERED that defendant's dispositive motion on the Freedom of Information Act claim shall be due on or before November 17, 2006.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE