UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DENARD DARNELL NEAL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 06-1124 (ESH) |
| | ) |
| **EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**DEFENDANT EXECUTIVE OFFICE FOR UNITED STATES ATTORNEY'S STATEMENT OF MATERIAL FACTS NOT IN DISPUTE**

Pursuant Local Rule 7(h), defendant hereby submits its statement of material facts as to which there is no genuine issue, with references to the part of the record relied upon to support the statement:

1. By letter dated July 11, 2005, plaintiff Denard Darnell Neal submitted a FOIA request to the Executive Office for United States Attorneys ("EOUSA"). See Declaration of David Luczynski at ¶ 4 and Ex. A.

2. The request was captioned "Re: Disclosure of all Criminal Bonds, Bonding or Otherwise as Requested Below – Denard Darnell Neal Case No. CR-90-03-01-PHX-EHC." See id.

3. Mr. Neal's request went on to state that it sought "a full disclosure and release of all records and/or data contained in the files of your department and/or agency under my name and/or identifier to my name. This request sought herein is for Bond Information and/or Commercial Crimes Bonding Information and/or case Bonding Information and/or Commercial Crimes Bonding Certification." See id. The July 11 letter went on to describe eight different

types of documents sought by Mr. Neal, each referring either to "Bonds" or "Bonding Information." See id.

4. In subsequent correspondence with EOUSA, Mr. Neal indicated that he had been prosecuted in United States District Court for the District of Arizona.

5. Plaintiff's Complaint states that his FOIA request seeks the return of certain bonds (i.e., bid bond, performance bond, payment bond) created in his identity. See Complaint at p. 5.

6. Upon receipt of Mr. Neal's FOIA request, Howard Woodbury, Jr. a FOIA specialist with the United States Attorney's Office for the District of Arizona ("USAO-AZ") (the district in which Mr. Neal stated that he was prosecuted) contacted the docketing department in that office. The docketing department conducted a search in LIONS under the name "Denard D. Neal," which turned up several cases, both civil and criminal. See Search Declaration of Howard Woodberry, Jr. at 1 ("Woodberry Dec.").

7. The LIONS system is the computer system used by United States Attorney's offices to track cases and retrieve files pertaining to cases and investigations. Through the LIONS system, the user can access databases which can be used to retrieve information based on the defendant's name, the USAO number (United States Attorney's Office internal administrative number) and the district court case number. See Luczynski Dec. at ¶ 11.

8. Mr. Woodberry requested what he believed at the time to be Mr. Neal's criminal case file from the agency archives. See Woodberry Dec. at 1. He then reviewed the file for any "bond information" but was unable to find responsive records. See id.

9. In October 2006, Mr. Woodberry discovered that the file he had previously received from archives and reviewed was a civil appeal file and not Mr. Neal's criminal file. See id.

10. Mr. Woodberry then consulted with the District of Arizona's docketing department

to determine the location of the criminal file for case number CR 90-03-01-PHX-ECH. That file was also located in archives, and the file was retrieved through expedited delivery. See id.

11. Mr. Woodberry received the criminal file on November 1, 2006. The file consisted of one box of records. See id. (describing the general categories of records found in the file).

12. EOUSA interpreted Mr. Neal's request as only seeking bonding information. See Woodberry Dec. at 2; see also Luczynski Dec. at Exs. A, C; Complaint at p. 5-6 (plaintiff's description of what is being sought through his FOIA request).

13. Mr. Woodberry reviewed the 700-800 pages in plaintiff's criminal file to find responsive records. He determined that there are no records in the file concerning "bonding information" that are responsive to Mr. Neal's request. See id.

14. In addition to his own review, Mr. Woodberry also enlisted the assistance of one of the supervisory lead criminal secretaries to review the retrieved records. She also failed to find records responsive to Mr. Neal's request. See id.

14. One of the criminal AUSAs also reviewed Mr. Neal's file, and did not find any responsive records. See id.

November 17, 2006　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　JEFFREY A. TAYLOR, D.C. Bar #498610
　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　RUDOLPH CONTRERAS, D.C. Bar #434122
　　　　　　　　　　　　　　　Assistant United States Attorney

                         /s/
             _____
PETER D. BLUMBERG, D.C. Bar # 463247
Assistant United States Attorney
United States Attorney's Office, Civil Division
555 4th St., N.W.
Washington, D.C.  20530
(202) 514-7157