UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DENARD DARNELL NEAL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 06-1124 (ESH) |
| | ) |
| **JOHN SNOW, <u>et al.</u>,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**<u>ORDER</u>**

This matter comes before the Court on defendant's Executive Office for United States Attorney's Motion for Summary Judgment on plaintiff's Freedom of Information Act Claim. Upon consideration of the motion, the opposition thereto, the relevant law and the entire record herein, it is this ___ day of _____, 2006 hereby

ORDERED that defendant's Motion for Summary Judgment is GRANTED, and it is further

ORDERED that plaintiff's Freedom of Information Act claim is dismissed, and it is further

ORDERED that this matter is hereby DISMISSED WITH PREJUDICE. This is a final, appealable order.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE