UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
NOV 1 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Denard-Darnell: Neal           )
Aggrieved Party-Plaintiff      )
                               )
        Vs.                    )   Civil Action No. 06-1124 (ESH)
                               )
JOHN SNOW, et al.,             )
    Defendant.                 )
                               )
_____)

PLAINTIFF MOTION FOR EXCUSEABLE LATE FILING AND
REINSTATEMENT OF TEN DAY DEADLINE TO FILE
MOTION FOR RECONSIDERATION

I, Denard-Darnell, sui juris, of the Neal Family, in my capacity as the Secured Party/Creditor, Holder-In-Due-Course, Trade Name Owner, Record Owner, Internationally protected MAN upon the soil of Illinois Republic, Arizona Republic and Florida Republic, and beneficiary of the Original Jurisdiction, do present this document by Affidavit, waving no powers, Rights or Immunities by use of private, copyrighted Statutes, absent assent and proven by Contract affixed with my proper signature and seal.

## STATEMENT OF FACTS

1.) Aggrieved Party state, that the Court order issued on September 20, 2006 was not provided to aggrieved Party until October 10, 2006.
2.) Aggrieved Party state, that on October 9, 2006 (which was a holiday) United States Penitentiary Coleman-1 was placed on emergency locked down because of racial violence occuring at the institution.
3.) Aggrieved Party state, that because of the emergency locked down aggrieved party has been unable to respond to the Court order of September 20, 2006.

4.) Aggrieved Party state, that attach herein as exhibit-A, is a memoandum from prison officials which will verify the emergency lock down and the date the lock down begin and the date it ended.

5.) Aggrieved Party state, that because the clerk of Court was sending aggrieved party mail to the wrong address, aggrieved party did not receive the September 20, 2006 Court order until October 10, 2006.

### RELIEF SOUGHT

1.) Aggrieved Party seek the reinstatement of the 10 day deadline to file a motion for reconsideration in regards to the Court order issued September 20, 2006. Said motion for reconsideration is included herein.

### SOVEREIGN OATH

I, Denard-Darnell, sui juris, of the Neal Family, being a Sovereign American, do DECLARE upon My Word of Honor that the above mentioned is True, to the Beat of my knowledge and Belief; also, this Sovereign American DOES SWEAR under the Pains and Penalties of Perjury, under True Illinois, Arizona, Florida laws, as well as the Laws of the united States of America; and, as a Secured Party and Creditor, I do give freely of my unlimited Commercial Oath, without Dishonor and without Prejudice, that these documents are True, Correct, Complete, and Not Meant to Mislead, before GOD ALMIGHTY.

Dated this 12th day of November 2006 C.E.

By: *Denard-Darnell: Neal, Without Prejudice*
   Denard-Darnell: Neal
   Sovereign American Sui Juris
   Secured Party/Creditor
   Holder-In-Due-Course
   Trade Name Owner
   Record Owner

Send all response/Court orders to the below listed mailing location.

   Denard-Darnell: Neal
   23843-008
   P.O. BOX 1033
   Federal Correctional Complex
   Coleman, Florida. 33521-1033
   United States Penitentiary-1

# CERTIFICATE OF SERVICE

I, Denard-Darnell: Neal, do hereby certify under the penalty of perjury (28 USC § 1746) that I have served a true and correct copy of the following document(s):

Motion Requesting The District Court Adopt the Findings.
Plaintiff Motion For Excuseable Late Filing. (Exhibit-A, not attach to U.S. Attorney)
Motion For Reconsideration In Regards To Court Order of September 20, 2006.
Motion To Compel Government Officials To Provide Plaintiff with Adequate Postage and Legal Envelopes.

which, pursuant to <u>Houston v. Lack</u>, 487 U.S. 266, 101 L.Ed. 2d 245, 108 S.Ct. 2379 (1988), is deemed filed at the time it was delivered to prison authorities for forwarding to the court and service upon parties to litigation and/or their attorney(s) of record.

I have placed the material referenced above in a properly sealed envelope with first-class postage (stamps) affixed and I address it to:

Peter J. Blumberg
Assistant United States Attorney
United States Attorney Office
District of Columbia
555 Fourth Street, N.W.
Washington, D.C. 20001

and deposited said envelope in the United States Postal Service via the legal mailbox here at the United States Penitentiary--COLEMAN, FLORIDA. 33521-1033

November 13, 2006

Denard Darnell: Neal

Reg. No. 23843-008
U.S. Penitentiary-1
P.O. Box 1033
COLEMAN, FLORIDA. 33521-1033

Dear Clerk of Court, please be advised that United States Penitentiary Coleman-1, were Aggrieved Party Venard-Darnell: Neal is housed was removed from A lock-down situation on November 13, 2006 and because of more incidents of violence on the very same day November 13, 2006 the institution was placed back on lock-down status. Prison officials were to provided Aggrieved Party with an memorandum which would allow Aggrieved Party to submit said memorandum to the Court.

Aggrieved Party has parpared documents to the Court and all but the memorandum to the Court has been provided to the United States Attorney Peter D. Blumberg, Aggrieved Party request that the Clerk of Court provide United States Attorney Peter D. Blumberg with A copy of (exhibit-A, Motion For Reinstatement of Ten Day Deadline). The memorandums attached to exhibit-A are memorandums given to the general prison popluation and are not the memorandum that was Suppose to be given out so that inmates could present to the Courts.

Dated: November 13, 2006

Respectfully Submitted
*Denard-Darnell: Neal*
Venard-Darnell: Neal
23843-008, Without PreJudice
Civil Action No. 06-1124 (ESH)