AGGRIEVED PARTY
MOTION FOR REINSTATEMENT OF TEN DAY DEADLINE

EXHIBIT-A; Civil Action No. 06-1124 (ESH)

Case 1:06-cv-01124-ESH    Document 17-2    Filed 11/16/2006    Page 2 of 10



UNITED STATES GOVERNMENT
# memorandum
FEDERAL BUREAU OF PRISONS
Federal Correctional Complex
Coleman, Florida 33521

October 31, 2006

**MEMORANDUM FOR** Inmate Population

**FROM:** Tracy W. Johns, Warden

**SUBJECT:** Unit Operations

Date: <u>Thursday/Friday, November 02 & 03, 2006</u>

The following procedures will be followed to assist in the returning of normal operations for the inmate population. These procedures will be completed in several phases. There is no set time frame, as to how long each phase will be.

| | |
|---|---|
| 7:30am | Work Call: A small cadre of Unicor/Food Service workers. |
| 8:00am - 10:30am | The **North/South** side units will open the cell doors on the <u>upper tier</u> only. Inmates will be allowed two and a half hours to participate in full unit activities. This includes, but not limited to, the use of phone, shower, microwave, law library, laundry rooms, etc. |
| | Inmates will be returned to their cells at 10:30am. |
| 10:30am - 11:30am | Food carts will be delivered to the units. |
| **11:30am - 12:00pm** | **Unit Orderlies will be out to pick up trash.** |
| 12:00pm - 2:30pm | North/South side units will open the cell doors on the <u>lower tier</u> only. Inmates will be allowed two and a half hours to participate in full unit activities. This includes, but not limited to, the use of phone, shower, microwave, law library, etc. Inmates will be returned to their cell at 2:30pm. |
| 2:30pm - 3:45pm | Orderlies will be allowed out at this time. Orderlies will be secured in their cells at 3:45pm. (2 Orderly per Unit) |

\*   The unit TV's will remain on during the D/W and E/W shifts.
Note: Food Service/Unicor workers will be released after the 4:00pm count for two hours to participate in unit activities.

Case 1:06-cv-01124-ESH    Document 17-2    Filed 11/16/2006    Page 4 of 10



UNITED STATES GOVERNMENT
# memorandum
FEDERAL BUREAU OF PRISONS
Federal Correctional Complex
Coleman, Florida 33521

November 2, 2006

**MEMORANDUM FOR** Inmate Population

**FROM:** Tracy W. Johns, Warden

**SUBJECT:** Unit Operations

Date: <u>Monday, November 06, 2006</u>

The following procedures will be followed to assist in the returning of normal operations for the inmate population. These procedures will be completed in several phases. There is no set time frame, as to how long each phase will be.

| Time | Activity |
|---|---|
| 6:30am | Pill line. You must display either the blue or yellow pill line card to be released by unit staff. |
| 7:30am | UNICOR/Food Service Work Call |
| 8:30am | The **North and South** side units will open the cell doors on both tiers. Inmates will be allowed to participate in full unit activities. This includes, but not limited to, the use of phone, shower, microwave, law library, etc. |
| 10:00am - 12:00pm | The **North** side housing unit will be called to the noon meal in the dining room. Upon completion of the noon meal, you will return to your assigned housing units to participate in full unit activities. |
| 12:00pm - 2:00pm | The **South** side housing unit will be called to the noon meal in the dining room. Upon completion of the noon meal, you will return to your assigned housing units to participate in full unit activities. |

Note: Mainline times are approximate times only

| | |
|---|---|
| 3:15pm | UNICOR recall |
| 3:30pm | Pill line. You must display either the blue or yellow pill line card to be released by unit staff. |

4:00pm              Count

5:00pm - 7:00pm     Unicor/Food Service workers will be released to shower and recreate


*   **The unit TV's will remain on during the D/W and E/W shifts.**



UNITED STATES GOVERNMENT
## memorandum
FEDERAL BUREAU OF PRISONS
Federal Correctional Complex
Coleman, Florida 33521

November 8, 2006

**MEMORANDUM FOR INMATE POPULATION**

FROM: Tracy W. Johns, Warden

SUBJECT: Unit Operations

Date: Thursday, November 09, 2006

The following procedures will be followed to assist in the returning of normal operations for the inmate population. These procedures will be completed in several phases. There is no set time frame, as to how each phase will be.

| | |
|---|---|
| VISITING: | Saturday, November 11, 2006 & Sunday, November 12, 2006 |
| 3:00 a.m. | Release Food Service inmates. |
| 6:00 a.m. | The **North/South** side units will open the cell doors on both tiers. Inmates will be allowed to participate in full unit activities. This includes, but not limited to, the use of phone, shower, microwave, law library, etc. |
| 6:00 a.m | Mainline |
| | North side will be allowed to enter the recreation yard after completing the morning meal. |
| 6:00 a.m. | Laundry Services (White Clothing ONLY) |
| 6:15 a.m. | Insulin/Pill Line |
| 6:30 a.m. | Sick Call |
| 7:30 a.m. | UNICOR/Food Service Work Call. |
| 10:30 a.m. | Yard Recall |

| | |
|---|---|
| 11:00 a.m - 12:00 p.m. | Mainline: The **South** side housing units will be called to the noon meal in the Inmate Dining Room after E-Unit/ UNICOR has been completed. Upon finishing, **South** side units will be allowed access to the outside recreation facilities in the same manner as described earlier. |

NOTE: Mainline times are approximate times only.

| | |
|---|---|
| 2:30 p.m. | Pill Line/Refill pick-up/New prescription pick-up |
| 3:00 p.m. | Yard Recall |
| 3:15 p.m. | UNICOR Recall |
| 4:00 p.m. | Count |
| 5:00 p.m. | Mainline: North side units will be called first |
| 7:30 p.m. | Evening Pill line |
| 8:00 p.m. | All inmates will be returned to their cells. Orderlies will be released. |

\*      **The unit TV's will remain on during the D/W and E/W shifts.**