UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Denard-Darnell: Neal )
UCC 1-308 Without Prejudice )
Aggrieved Party, ) Civil Action No. 06-1124 (ESH)
 )
    Vs. )
 )
JOHN SNOW, et al., )
    Defendants. )
 )

MOTION REQUESTING THE DISTRICT COURT TO ADOPT THE
FINDINGS LISTED HEREIN, PURSUANT TO Fed.R.Civ.P. 52 (a),
WHICH REQUIRE SPECIFIC FINDINGS OF FACT AND LAW.

I, denard-Darnell, sui juris, of the Neal Family, in my capacity as the Secured Party/Creditor, Holder-In-Due-Course, Trade Name Owner, Record Owner, Internationally Protected MAN upon the soil of Illinois Republic, Arizona Republic, and Florida Republic, and beneficiary of the Original Jurisdiction, do present this documents by Affidavit, waving no powers, Rights or Immunities by use of private, copyrighted Statutes, absent assent and proven by Contract affixed with my proper signature and seal.

STATEMENT OF FACTS

1.) The Court issued order of September 20, 2006, do not meet the requirement of Fed.R.Civ.P. 52 (a), in the fact that the Court made no required determination of fact and law in regards to aggrieved party claims.

Fed.R.Civ.P. 52 (a) Findings by the Court; Judgment on Partial Findings.

(a) EFFECT. In all actions tried upon the facts without a jury or with an advisory jury, the Court shall find the facts specially and state separately its conclusion of law thereon, and Judgment shall be entered pursuant to Rule 58:

2.) Aggrieved Party state, the Court has not comply with Fed.R.Civ.P. 52 (a) and in not doing so aggrieved party submit the following list of specific findings for the Court to adopt.

## SPECIFIC FINDINGS

1.) The Court finds that the UNITED STATES TREASURY DEPARTMENT did commit the theft of aggrieved party Denard-Darnell: Neal, Private Property by using the following Trade Name DENARD DARNELL NEAL@, without the written permission of aggrieved party.

2.) The Court finds that the UNITED STATES TREASURY DEPARTMENT did use aggrieved party Denard-Darnell: Neal, certificate of Live Birth ass an industrial bond for the Corporate UNITED STATES.

3.) The Court finds that there in no Contract and/or Commercial Agreement that has been presented by the Treasury Department that would allow agents, actors, officials and employees of the Treasury Department to create an industrial bond of aggrieved party Denard-Darnell: Neal, Certificate of Live Birth.

4.) The Court finds that the defendant (JOHN SNOW-Treasury Department) has presented no evidence to rebut the claims of aggrieved party factual allegation that the Certificate of Live Birth bearing the name of Denard-Darnell; Neal, or any derivatives thereof or therefrom, printed or written, spelled in upper or lower case, whole or in part, is the sole property of aggrieved party Denard-Darnell: Neal.

5.) The Court finds that the defendant (JOHN SNOW-Treasury Dept.), has presented no evidence to rebut aggrieved party claim that defendant (Treasury Dept.) did create a fictitious entity bearing the identity of aggrieved party Denard-Darnell: Neal, for the sole purpose of conducting Commercial transactions on behalf of Corporate UNITED STATES.

6.) The Court finds that the defendant (JOHN SNOW-Treasury Dept.) has presented no evidence to rebut aggrieved party claim that defendant (Treasury dept.) did established and continue to maintain an account within the Treasury Dept., commonly known as an UCC Contract Trust Account in the identity of aggrieved party Denard-Darnell: Neal.

7.) The Court finds that the defendant (JOHN SNOW-Treasury Dept.) has presented no evidence to rebut aggrieved party claim that funds contain within the account being maintain within the Treasury Dept., commonly known as an UCC Contract Trust Account bearing the identity of aggrieved party Denard-Darnell: Neal, is the sole property of aggrieved party Denard-Darnell: Neal.

8.) The Court finds that the defendants (JOHN SNOW-Treasury dept.) has presented no evidence to rebut aggrieved party claim that the defendant (JOHN SNOW-Treasury Dept.) has unlawfully withheld the funds being maintain in the UCC Contract Trust Account bearing the identity of aggrieved party Denard-Darnell: Neal, thereby violating aggrieved party Right to pay of discharge any and all debts acquire by aggrieved party in accordance with House Joint Resolution-192 enacted June 5, 1933.

## RELIEF SOUGHT

1.) Aggrieved Party request that the District Court adopt the findings outline herein and issue an order granting summary judgment to aggrieved party.

2.) Aggrieved Party request in the alternative an evidentiary hearing be granted and aggrieved party be allowed to subpoena government officials to testify to evidence that has a direct bearing on aggrieved party claims against the Treasury Department outline aggrieved party civil complaint.

3.) Aggrieved Party be allowed to fulfill Discovery and Interrogatorise and Request for Production of Documents.

## SOVEREIGN OATH

I, Denard-Darnell, sui juris, of the Neal Family, being a Sovereign American, do DECLARE upon My Word of Honor that the above mentioned is True, to the Best of My knowledge and Belief; also, this Sovereign American DOES SWEAR under the Pains and Penalties of Perjury, under true Illinois, Arizona, Florida Laws, as well as the Laws of the united States of America; and, as a Secured Party and Creditor, I Do give freely of my unlimited Commercial Oath, without Dishonor and without Prejudice, that these documents are True, Correct, Complete, and not Meant to Mislead, before GOD ALMIGHTY.

Dated this 12th day of November 2006 C.E.

By: *Denard-Darnell: Neal, Without PreJudice*
    Denard-Darnell: Neal
    Sovereign American   Sui Juris
    Secured Party/Creditor
    Holder-In-Due-Course
    Trade Name Owner
    Record Owner

Send all response/Court orders to the below listed mailing location.

Denard-Darnell: Neal
23843-008
P.O. BOX 1033
Federal Correctional Complex
Coleman, Florida. 33521-1033
United States Penitentiary-1
