UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Denard-Darnell: Neal )
    Plaintiff, )
 )
    Vs. )   Civil Action No. 06-1124 (ESH)
 )
JOHN SNOW, )
Secretary of the Treasury, et al., )
    Defendants. )

RECEIVED
DEC 1 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PLAINTIFF REQUEST FOR AN EXTENSION OF TIME
-----------------------------------------------------------------

I, Denard-Darnell, sui juris, of the Neal Family, in my capacity as the Secured Party/Creditor, Holder-In-Due-Course, Trade Name Owner, Record Owner, Internationally protected MAN upon the soil of Illinois Republic, Arizona Republic and Florida Republic, and beneficiary of the original Jurisdiction, do present this document by Affidavit, waving no powers, Rights or Immunities by use of private, copyrighted Statutes, absent assent and proven by Contract affixed with my proper signature and seal.

### STATEMENT OF FACTS

1.) Plaintiff state, that the response to the U.S. Attorney required that Plaintiff acquire certain documents from family members who are in custody of the documents.
2.) Plaintiff request an extension of time until January 5, 2007 which would allow Plaintiff adequate time to acquire the documents need to response to the U.S. Attorney motion for summary judgment.

### RELIEF REQUESTED

1.) Plaintiff request that the court grant Plaintiff request for an extension of time, giving Plaintiff until January 5, 2007 to response.

I, Denard-Darnell, sui juris, of the Neal Family, being a Sovereign American, do DECLARE upon My Word of Honor that the above mentioned is True, to the best of My knowledge and Belief; also, this Sovereign American DOES SWEAR under the Pains and Penalties of Perjury, under True Illinois, Arizona, Florida Laws, as well as the Laws of the united States of America; and, as a Secured Party and Creditor, I Do give freely of my unlimited Commercial Oath, without Dishonor and without Prejudice, that these documents are True, Correct, Complete, and Not Meant to Mislead, before GOD ALMIGHTY.


DATED THIS ___7th___ day of ___December___ 2006 C.E.


BY: _Denard-Darnell:Neal. Without PreJudice_
    Denard-Darnell: Neal. Without Prejudice
    Sovereign American Sui Juris
    Secured Party/Creditor
    Holder-In-Due-Course
    Trade Name Owner
    Record Owner

Send all response/Court orders to the below listed mailing location.


DENARD DARNELL NEAL
23843-008
P.O. BOX 1033
Federal correctional Complex
Coleman, Florida. 33521-1033
United States Penitentiary-1

# CERTIFICATE OF SERVICE

I, __Denard-Darnell: Neal_____, do hereby certify under the penalty of perjury (28 USC § 1746) that I have served a true and correct copy of the following document(s):

**PLAINTIFF REQUEST FOR AN EXTENSION OF TIME .**

**PLAINTIFF NOTICE OF APPEAL**

which, pursuant to <u>Houston v. Lack</u>, 487 U.S. 266, 101 L.Ed. 2d 245, 108 S.Ct. 2379 (1988), is deemed filed at the time it was delivered to prison authorities for forwarding to the court and service upon parties to litigation and/or their attorney(s) of record.

I have placed the material referenced above in a properly sealed envelope with first-class postage (stamps) affixed and I address it to:

UNITED STATES ATTORNEY
PETER D. BLUMBERG
Assistant United States Attorney
District of Columbia
Judiciary Center
555 Fourth Street, N.W.
Washington, D.C. 20001

and deposited said envelope in the United States Postal Service via the legal mailbox here at the United States Penitentiary--COLEMAN, FLORIDA.33521-1033

December 7, 2006

*Denard-Darnell: Neal-Without PreJudice*

Reg. No. 23843-008
U.S. Penitentiary-1
P.O. Box 1033
COLEMAN, FLORIDA.33521-1033