UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
Denard-Darnell: Neal           )
      Plaintiff,               )
                               )
      Vs.                      )   Civil Action No. 06-1124 (ESH)
                               )
JOHN SNOW,                     )
Secretary of the Treasury, et al., )
      Defendants.              )
                               )
```

---

### PLAINTIFF NOTICE OF APPEAL
---

I, Denard-Darnell, sui juris, of the Neal Family, in my capacity as the Secured Party/Creditor, Holder-In-Due-Course, Trade Name Owner, Record Owner, Internationally protected MAN upon the soil of Illinois Republic, Arizona Republic and Florida Republic, and beneficiary of the original Jurisdiction, do present this document by Affidavit, waving no powers, Rights or Immunities by use of private, copyrighted Statutes, absent assent and proven by Contract affixed with my proper signature and seal.

NOTICE is hereby given that Denard-Darnell: Neal, Plaintiff in the above entitled matter, appeals to the UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT from the final judgment entered in this action on November 29, 2006.

Dated: December 7, 2006

BY: *Denard-Darnell: Neal. Without Prejudice*
    Denard-Darnell: Neal. Without Prejudice
    Sovereign American Sui Juris
    Secured Party/Creditor
    Holder-In-Due-Course
    Trade Name Owner
    Record Owner

**RECEIVED**
DEC 1 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Send all response/Court orders to the below listed mailing location.

DENARD DARNELL NEAL
23843-008
P.O. BOX 1033
Federal Correctional Complex
Coleman, Florida. 33521-1033
United States Penitentiary-1