UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENARD-DARNELL NEAL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN SNOW, )<br>Secretary of the Treasury, *et. al.* )<br>)<br>Defendants ) | Civil Action No. 06-1124 (ESH) |

## NOTICE OF ENTRY OF APPEARANCE

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Quan K. Luong as counsel for the defendant in the above-captioned civil action, and withdraw the appearance of former Assistant United States Attorney Peter Blumberg, who has departed from the United States Attorney's Office.

Dated: December 27, 2006

Respectfully submitted,

_____
QUAN K. LUONG
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E-4417
Washington, D.C. 20530
(202) 514-9150 (telephone)
quan.luong@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **NOTICE OF ENTRY OF APPEARANCE** was filed via the Court's electronic filing system and a copy mailed to pro se Plaintiff by first class postage prepaid to:

>Denard-Darnell Neal
>#238443-008
>Federal Correction Complex
>P.O. Box 1033
>Coleman, FL 33521

on this 27th day of December, 2006.

_____
QUAN K. LUONG
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E-4417
Washington, D.C. 20530
(202) 514-9150 (telephone)
quan.luong@usdoj.gov