```
PLAINTIFF ATTACHMENT-B
CIVIL ACTION NO. 06-1124-(ESH)
OFFER OF SETTLEMENT
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
Denard-Darnell: Neal            )
UUC 1-308 WITHOUT PREJUDICE     )
AGGRIEVED PARTY/PLAINTIFF       )
                                )
           VS.                  )   CIVIL ACTION NO. 06-1124-(ESH)
                                )
JOHN SNOW, et al.,              )
DEFENDANTS.                     )
                                )
_____ )
```

---

## PLAINTIFF OFFER OF SETTLEMENT

---

I, Denard-Darnell, sui juris, of the Neal Family, in my capacity as the Secured Party/Creditor, Holder-In-Due-Course, Trade Name Owner, Record Owner, Internationally protected MAN upon the soil of Arizona Republic Illinois Republic and Florida Republic, and beneficiary of the Original Jurisdiction, do present this documents by Affidavit, waving no powers, Rights or Immunities by use of private, copyrighted Statutes, absent assent and proven by Contract affixed with my proper signature and seal.

### OFFER TO SETTLE

This is an offer to settle, this offer is made by Denard-Darnell: Neal, Sovereign American. This offer to settle is extended to, JEFFERY A. TAYLOR (UNITED STATES ATTORNEY); RUDOLPH CONTRERAS (ASSISTANT UNITED STATES ATTORNEY); PETER D. BLUMBERG (ASSISTANT UNITED STATES ATTORNEY), and/or any agent on behalf of the United States Attorney General and/or the United States Justice Department.

### TERMS & CONDITIONS OF SETTLEMENT

1.) Plaintiff seek a Notarize Affidavit (Affidavit must be Notarize by Notary Public) from any of the above name agents of the Justice Department in which the Affidavit state, (NO AGENT OF THE UNITED STATES JUSTICE DEPARTMENT INCLUDING ALL U.S. ATTORNEYS HAS ENGAGED IN THE CREATING, WRITING AND/OR SELLING OF ANY BONDS IN THE IDENTITY OF DENARD DARNELL NEAL AND/OR ANY DERIVATIVES THEREOF OR THEREFROM, PRINTED OR WRITTEN, SPELLED IN UPPER OR LOWER CASE, WHOLE OR IN PART).

2.) The Certified Audit trail in regards to Plaintiff prosecution in Phoenix Arizona Case No. CR-90-03-01-EHC-PHX; must be provided to Plaintiff within thirty (30 days) days of receipt of this offer to settle, said certified audit trail must be mail to Plaintiff via certified mail and only open in the present of Plaintiff.

3.) Plaintiff reserve the right to bring any and all legal action against the named defendants and the Justice Department if Plaintiff discover said Bonds thereby violating the terms and conditions of this offer to settle; Plaintiff will seek monetary damages in excess of $72 Million United States Dollars.

4.) Plaintiff states, that within twenty (20 days) of Plaintiff receiving the affidavit from the defendants Plaintiff will submit a motion to the UNITED STATES DISTRICT COURT, DISTRICT OF COLUMBIA, for voluntary dismissal of the F.O.I.A. request claim against the named defendants and the Justice Department.

5.) Plaintiff state, that none of the terms and conditions of this settlement are to be applyed to the claims and relief sought against the United States Treasury Department and/or named defendants in regards to the claims against the Treasury Department. Furthermore, this offer of settlement is not to be misconstrued to grant any authority or jurisdiction to anyone, person, agency, department, corporation, individual or human beings.

6.) Any agent adhering to this settlement must also provide to Plaintiff a detail account of any and all debts assign against plaintiff by the United States within thirty (30 days) days of receipt of this offer and mail to plaintiff in accordance with paragraph-2.

7.) Plaintiff state, that upon the conditions of this offer of settlement being accepted by the defendants, the use of Plaintiff name in further legal action not related to the still pending claim against the treasury department will constitute copyright infringement and any and all trespass shall incur legal action in Trade Name Libel.

## CONCLUSION

I am the authorized representative for DENARD DARNELL NEAL.

*Denard-Darnell: Neal, Without PreJudice*       12-27-2006
Denard-Darnell: Neal. WITHOUT PREJUDICE
SECURED PARTY/CREDITOR
TRADE NAME OWNER
HOLDER-IN-DUE-COURSE
RECORD OWNER
SOVEREIGN AMERICAN

Send all response/Court Orders to the below listed mailing location.

DENARD DARNELL NEAL
23843-008
P.O. BOX 1033
Federal Correctional Complex
Coleman, Florida. 33521-1033
United States Penitentiary-1

INTERNATIONAL PROMISSORY NOTE
(UNCITRAL CONVENTION)

Note No. DDN-101562                     Date: December 26, 2006

I, DENARD DARNELL NEAL 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, herein Promises to,

Pay TO The   ***CLERK OF COURT, UNITED STATES DISTRICT
             COURT, FOR THE DISTRICT OF COLUMBIA

Order of:   ***THREE HUNDRED FIFTY AND 0/100*****Dolars

(UNCITRAL CONVENTION)

This Instrument is tendered by the Undersigned Maker, DENARD DARNELL NEAL which is secured and insured by the "Authorized Representative's exemption account. DENARD DARNELL NEAL, hereinafter, "MAKER," tenders this note for purpose of discharging all requisite fees or costs in good faith, in accordance with commercial law, UCC §§ 1-103, 1-104, 1-201(4)(28)(30), 3-103(a)(6), 3-104(a)(b) and Public Policy, at House Joint Resolution 192 of June 5, 1933, Public Law 73-10, and UNCITRAL CONVENTION, as full satisfaction of the fees for filing civil action no. 06-1124 (ESH).

As an operation of law, the Clerk, U.S. District Court, District of Columbia NANCY MAYER-WHITTINGTON, tacitly consents, assents and agrees that there is accord and satisfaction by use of this negotiable instrument for payment of $350.00 filing fee, and that the Maker is hereby discharged from liability on that fee, and is suspended in accordance with law as codified at UCC §§ 3-311, & 3-603, as well as the UNICTRAL CONVENTION.

This Instrument is payable on demand and is secured by Underwriter's living principal and pre-paid account no. E68228687. In consideration thereof that no lawful money of account exists in circulation such as gold and silver coins the natural man and underwriter, underwrites this promissory note with his living principal, priority exempt no.:329649225, for the sum certain of Three-Hundred Fifty Dollars and 0/100 Dollars.

Please charge my UUC Contract Trust Account via exemption NO.:329649225 for fees and command memory of account 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 to charge the same to the clerk's order. This negotiable instrument is in accord with HJR-192 and is presented for the receiver to the Federal Window/Comptroller of Currency, for settlement, within transactions. this note is back by the Full Faith and Credit of the united States of America.

DENARD DARNELL NEAL
DENARD DARNELL NEAL                              WITNESS

Denard-Darnell: Neal!, Maker                     UCC 1-308
Denard-Darnell: Neal!, Maker                     WITNESS

* SEE BACK FOR INSTRUCTIONS FOR PRESENTMENT OF THIS INSTRUMENT*