UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

RECEIVED

FEB - 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Denard-Darnell: Neal        )
UCC 1-308 WITHOUT PREJUDICE )
AGGRIEVED PARTY/PLAINTIFF   )
                            )
           Vs.              )        CASE NO. 06-1124 (ESH)
                            )
JOHN SNOW, et al.,          )
DEFENDANTS.                 )
                            )

----------------------------------------------------------------

PLAINTIFF MOTION FOR DETERMINATION OF FILING FEE

----------------------------------------------------------------

I, Denard-Darnell, sui juris, of the Neal Family, in my capacity as
the Secured Party/Creditor, Holder-In-Due-Course, Trade Name Owner,
Record Owner, International Protected MAN upon the soil of Illinois
Republic, Arizona Republic, and Florida Republic, and beneficiary of
the Original jurisdiction, do present this documents by Affidavit,
waving no powers, Rights or Immunities by use of private, copyrighted
Statutes, absent assent and proven by contract affixed with my proper
signature and seal.

Plaintiff has submitted an International Promissory Note as payment
to the clerk of court for the filing fee of plaintiff civil action.
United States Penitentiary Coleman-1 is still reflecting that plaintiff
own said filing fee to the Court, plaintiff respectfully request the
Court issued an order to bureau of prisons officials to correct this
situation.

Dated: January 27, 2007

Denard-Darnell: Neal , UCC 1-308
Denard-Darnell: Neal, UCC 1-308
23843-008
P.O. BOX 1033
Federal Correctional Complex
Coleman, Florida. 33521-1033
United State Penitentiary-1