UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **DENARD DARNELL NEAL,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-1124 (ESH) |
| **JOHN SNOW,** *et al.*, | ) |
| Defendants. | ) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that plaintiff's motions for summary judgment [Dkt. #10, 25] are **DENIED**.

It is further

**ORDERED** that plaintiff's motion for determination of filing fee [Dkt. #23] is **DENIED**.

It is further

**ORDERED** that defendant's motion for summary judgment [Dkt. #15] is **GRANTED**.

It is further

**ORDERED** that **JUDGMENT** shall be entered for defendant.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

**SO ORDERED**.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: April 19, 2007