UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
Denard-Darnell: Neal            )
UCC 1-308 WITHOUT PREJUDICE     )
AGGRIEVED PARTY/PLAINTIFF       )
                                )   CIVIL ACTION NO. 06-1124 (ESH)
        Vs.]                    )
                                )   NOTICE OF APPEAL
JOHN SNOW, et al.,              )
DEFENDANTS.                     )
                                )
_____)
```

---
### NOTICE OF APPEAL
---

I, Denard-Darnell, sui juris, of the Neal Family, in my capacity as the Secured Party/Creditor, Holder-In-Due-Course, Trade Name Owner, Record Owner, Internationally Protected MAN upon the soil of Illinois Republic, Arizona Republic, and Florida Republic, and beneficiary of the Original Jurisdiction, do present this document by Affidavit, waving no powers, Rights or Immunities by use of private, copyrighted statutes, absent assent and proven by contract affixed with proper signature and seal.

Notice is hereby given that Denard-Darnell: Neal, Plaintiff in the above entitled matter, Appeal to the UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT, from the final judgment entered in this action on April 19, 2007.

Dated: *April 29, 2007*

*Denard-Darnell: Neal, Without PreJudice*
Denard-Darnell: Neal, WITHOUT PREJUDICE
23843-008,    1-308
P.O. BOX 1033
Federal Correctional Complex
Coleman, Florida. 33521-1033
UNITED STATES PENITENTIARY-1

**RECEIVED**
MAY - 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT