# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

RECEIVED
JUN 0 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Denard-Darnell: Neal          USCA No. 07-5145

v.

JOHN SNOW, et al.,            USDC No. 06-1124-ESH

## MOTION FOR LEAVE TO PROCEED
## ON APPEAL IN FORMA PAUPERIS

I, Denard-Darnell: neal, declare that I am the ☒ appellant/petitioner ☐ appellee/respondent in the above-entitled proceeding. In support of this motion to proceed on appeal without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to prepay the costs of said proceeding or to give security therefor. My affidavit or sworn statement is attached. I believe I am entitled to relief. The issues that I desire to present on appeal/review are as follows: (*Provide a statement of the issues you will present to the court. You may continue on the other side of this sheet if necessary.*)

ISSUES PLAINTIFF WILL PRESENT ON APPEAL
TREASURY DEPARTMENT

1.) THE DISTRICT COURT ERRED IN GRANTING SUMMARY JUDGMENT TO DEFENDANT JOHN SNOW, WHEN DEFENDANT JOHN SNOW FAIL TO REBUT PLAINTIFF AFFIDAVIT OF FACTS, THEREBY THE DISTRICT COURT VIOLATED PLAINTIFF RIGHT TO DUE PROCESS IN ACCORDANCE WITH THE FIFTH AMENDMENT AND FIRST AMENDMENT RIGHT TO PETITION THE GOVERNMENT FOR REDRESS OF GRIEVANCE.
SEE ATTACHMENT-A,-B,-C.

Signature _Denard-Darnell: Neal, Without PreJudice, UCC 1-308_

Name of Pro Se Litigant (PRINT) _Denard-Darnell: Neal, Without PreJudice UCC 1-308_

Address _P.O. Box 1033 Federal Correctional Complex, Coleman, Florida, 33521-1033, United States Penitentiary-1_

Submit original with a certificate of service to:

Clerk
U.S. Court of Appeals for the D.C. Circuit
333 Constitution Avenue, N.W.
Rm. 5423, E. Barrett Prettyman U.S. Courthouse
Washington, DC 20001

[USCADC Form 53 (Rev. Jan 1997, Jan 2003)]          -3-

# Affidavit Accompanying Motion for Leave
# to Proceed on Appeal in Forma Pauperis

## United States Court of Appeals for the
## District of Columbia Circuit

Denard-Darnell: Neal

Case No. 07-5145

v.

JOHN SNOW., et al.,

........................................................

**Affidavit in Support of Motion**

**Instructions**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Signed: *Denard-Darnell: Neal, UCC 1-308*   Date: May 28, 2007

........................................................

**My issues on appeal are:**

PLEASE SEE ATTACHMENTS-A,-B,C.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ N/A | $ N/A | $ N/A | $ N/A |
| Self-employment | $ N/A | $ N/A | $ N/A | $ N/A |
| Income from real property (such as rental income) | $ N/A | $ N/A | $ N/A | $ N/A |
| Interest and dividends | $ N/A | $ N/A | $ N/A | $ N/A |
| Gifts | $ N/A | $ N/A | $ N/A | $ N/A |
| Alimony | $ N/A | $ N/A | $ N/A | $ N/A |
| Child support | $ N/A | $ N/A | $ N/A | $ N/A |
| Retirement (such as social security, pensions, annuities, insurance) | $ N/A | $ N/A | $ N/A | $ N/A |
| Disability (such as social security, insurance payments) | $ N/A | $ N/A | $ N/A | $ N/A |
| Unemployment payments | $ N/A | $ N/A | $ N/A | $ N/A |
| Public-assistance (such as welfare) | $ N/A | $ N/A | $ N/A | $ N/A |
| Other (specify): N/A | $ N/A | $ N/A | $ N/A | $ N/A |
| Total monthly income: | $ N/A | $ N/A | $ N/A | $ N/A |

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

4. How much cash do you and your spouse have? $ N/A

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | N/A | $ N/A | $ N/A |
| N/A | N/A | $ N/A | $ N/A |
| N/A | N/A | $ N/A | $ N/A |

**If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5. List the assets, and their values, that you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate (Value) | Motor vehicle # 1 N/A (Value) |
|---|---|---|
| N/A | N/A | Make & year: N/A |
| N/A | N/A | Model: N/A |
| N/A | N/A | Registration #. N/A |

Motor vehicle #2 N/A (Value)
Make & year N/A
Model N/A
Registration #: N/A

| Other Assets (Value) | Other Assets (Value) |
|---|---|
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semi-annually, or annually to show the monthly rate.

|  | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ N/A | $ N/A |
| Are real-estate taxes included? | [ ] Yes [X] No | |
| Is property insurance included? | [ ] Yes [X] No | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ N/A | $ N/A |
| Home maintenance (repairs and upkeep) | $ N/A | $ N/A |
| Food | $ N/A | $ N/A |
| Clothing | $ N/A | $ N/A |
| Laundry and dry-cleaning | $ N/A | $ N/A |
| Medical and dental expenses | $ N/A | $ N/A |
| Transportation (not including motor vehicle payments) | $ N/A | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ N/A | $ N/A |
| Insurance (not deducted from wages or included in mortgage payments) | $ N/A | $ N/A |
|   Homeowner's or renter's | $ N/A | $ N/A |
|   Life | $ N/A | $ N/A |
|   Health | $ N/A | $ N/A |
|   Motor Vehicle | $ N/A | $ N/A |
|   Other: N/A | $ N/A | $ N/A |
| Taxes (not deducted from wages or included in mortgage payments) (specify): N/A | $ N/A | $ N/A |
| Installment payments | $ N/A | $ |
|   Motor Vehicle | $ N/A | $ N/A |
|   Credit card (name): N/A | $ N/A | $ N/A |
|   Department store (name): N/A | $ N/A | $ N/A |
|   Other: N/A | $ N/A | $ N/A |
| Alimony, maintenance, and support paid to others | $ N/A | $ N/A |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ N/A | $ N/A |
| Other (specify): N/A | $ N/A | $ N/A |
| Total monthly expenses: | $ N/A | $ N/A |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

[ ] Yes   [X] No   If yes, describe on an attached sheet.

10. Have you paid—or will you be paying—an attorney any money for services in connection with this case, including the completion of this form?

[ ] Yes   [X] No

If yes, how much? $ _N/A_

If yes, state the attorney's name, address, and telephone number:
_____N/A_____
_____N/A_____
_____N/A_____

11. Have you paid—or will you be paying—anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

[ ] Yes   [X] No

If yes, how much? $ _N/A_

If yes, state the person's name, address, and telephone number:
_____N/A_____
_____N/A_____
_____N/A_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal. _I am in Federal Prison_

13. State the address of your legal residence.
_P.O. Box 1033_
_Federal Correctional Complex_
_Coleman, Florida. 33521-1033  U.S.P.-1_

Your daytime phone number: (_N/A_) _N/A_
Your age: _44_   Your years of schooling: _GED, 2 years_
Your social-security number: _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_

United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

USCA NO. 07-5145

## CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

I, Denard Darnell Neal, # Fed. Reg. 23843-008, hereby consent to have the appropriate prison officials withhold from my prison account and pay to the Clerk, U.S. District Court for the District of Columbia an initial payment of 20% of the greater of:

(a)   the average monthly deposits to my account for the six-month period immediately preceding the filing of my notice of appeal; or

(b)   the average monthly balance in my account for the six-month period immediately preceding the filing of my notice of appeal.

I further consent to have the appropriate prison officials collect from my account on a continuing basis each month, an amount equal to 20% of each month's income. Each time the amount in the account reaches $10, the Trust Officer must forward the interim payment to the Clerk's Office, U.S. District Court for the District of Columbia, until such time as the $455.00 filing fee is paid in full.

By executing this document, I also authorize collection on a continuing basis of any additional costs imposed by the Court of Appeals.

*Denard-Darnell:Neal, UCC 1-308*
SIGNATURE OF PRISONER

[USCADC Form 53a(Rev. Jan 1997, Jan 2003)]

# CERTIFICATE OF SERVICE

I, Denard-Varnell: Neal, do hereby certify under the penalty of perjury (28 USC § 1746) that I have served a true and correct copy of the following document(s):

Motion To Proceed In Forma Pauperis On Appeal/Declaration In Support Affidavit Accompanying Motion for Leave To Proceed On Appeal; Six month Financial Statement of Account. Consent To Collection OF Fees From Trust Account.

which, pursuant to <u>Houston v. Lack</u>, 487 U.S. 266, 101 L.Ed. 2d 245, 108 S.Ct. 2379 (1988), is deemed filed at the time it was delivered to prison authorities for forwarding to the court and service upon parties to litigation and/or their attorney(s) of record.

I have placed the material referenced above in a properly sealed envelope with first-class postage (stamps) affixed and I address it to:

Clerk OF Court
United States District Court
District OF Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

and deposited said envelope in the United States Postal Service via the legal mailbox here at the United States Penitentiary-- COLEMAN, FLORIDA. 33521-1033

May 28, 2007

*Denard-Darnell: Neal*

Reg. No. 23843-008
U.S. Penitentiary-1
P.O. Box 1033
COLEMAN, FLORIDA. 33521-1033

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JUN 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Denard-Darnell: Neal,           )
        Appellant.     )
                        )
Vs.                             )   CIVIL ACTION NO. 06-1124-ESH
                        )
JOHN SNOW, et al.,              )
        Appellees.     )
_____ )

---

**MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL**

---

COMES NOW, Appellant, Denard-Darnell: Neal, pro se, and moves this Court for an order permitting Appellant to proceed IN FORMA PAUPERIS without prepayment of fees and costs.

This motion is based upon the attached declaration in support of the motion to proceed IN FORMA PAUPERIS.

Dated this __28th__ day of __May__ 2007.


__Denard-Darnell: Neal, Without PreJudice__
Denard-Darnell: Neal, WITHOUT PREJUDICE
23843-008, UCC 1-308
P.O. BOX 1033
Federal Correctional Complex
Coleman, Florida. 33521-1033
United States Penitentiary-1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Denard-Darnell: Neal            )
Plaintiff-Aggrieved Party,      )
                                )    Civil Action No. 06-1124-ESH
        Vs.                     )
                                )    Court of Appeals No. 07-5145
JOHN SNOW, et al.,              )
Respondent.                     )
                                )

DECLARATION IN SUPPORT OF REQUEST FOR LEAVE TO
PROCEED IN FORMA PAUPERIS ON APPEAL.
------------------------------------------------------------

Denard-Darnell: Neal., states:

1.) I am the plaintiff in the above entitled action. I make this declaration in support of my application for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

2.) I am incarcerated in the Federal Bureau of Prisons institution United States Penitentiary Coleman-1.

3.) I am not employed at the prison thereby I receive no pay.

4.) The balance in my prison account as of May 19, 2007 is $2.62.

5.) I have received about $300.00 in gifts from family members over the past twelve months.

6.) I have no other source of income and do not own any cash, bank accounts, real estate, stocks, bonds, notes, automobiles or other valuable property.

O A T H

I Denard-Darnell: Neal, sui juris on my unlimited oath and commercial liability swear under penalty of perjury on the laws of the State of Florida and the united States of America, that the foregoing is true correct and not meant to mislead.

Executed by ME on this ___28th___ day of ___May___ 2007.

_Denard-Darnell: Neal, Without PreJudice_
Denard-Darnell: Neal, WITHOUT PREJUDICE
23843-008,
P.O. BOX 1033
Federal Correctional Complex
Coleman, Florida. 33521-1033
United States Penitentiary-1

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5145**                              **September Term, 2006**

06cv01124

Filed On: May 11, 2007 [1040035]

Denard Darnell Neal,
    Appellant

v.

John Snow, et al.,
    Appellees



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  MAY 1 1 2007

CLERK

**O R D E R**

Because appellant has not paid the appellate docketing fee in this case, it is

**ORDERED**, on the court's own motion, that by June 11, 2007, appellant either pay the $455 appellate docketing and filing fees to the Clerk of the District Court, see Fed. R. App. P. 3(e); 28 U.S.C. § 1917, or file a motion in district court for leave to appeal in forma pauperis, see Fed. R. App. P. 24(a), along with a completed Consent to Collection of Fees and Prisoner Trust Account Report. See Attachments. In the event the district court denies the request to proceed on appeal in forma pauperis, appellant will need to renew that request in this court.

    Appellant must give the Trust Account Report form to the Trust Officer for each institution in which appellant has been confined during the six months preceding the filing of the notice of appeal. The Trust Officer must complete and sign the Trust Account Report and return the Report and supporting documents to appellant. Appellant must complete and sign the Motion for Leave to Proceed on Appeal in Forma Pauperis and the Consent to Collection of Fees and submit all three documents to the Clerk's Office, U.S. Court of Appeals for the District of Columbia Circuit.

    A request for appointment of counsel does not relieve appellant of the obligation to file responses to any motion filed by appellee or to comply with any order issued by the court, including a briefing schedule. Appellant's failure to respond to a dispositive motion or comply with any order of the court, including this order, will result in dismissal of the appeal for lack of prosecution. See D.C. Cir. Rule 38.

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5145**                      **September Term, 2006**

       The Clerk is directed to send a copy of this order to appellant by whatever means necessary to ensure receipt.

FOR THE COURT:
Mark J. Langer, Clerk

BY: /s/
Ken Meadows, Jr.
Deputy Clerk

Attachments:
     (1)     Motion for Leave to Proceed on Appeal in Forma Pauperis
     (2)     Prisoner Trust Account Report
     (3)     Consent to Collection of Fees
     (4)     Prison Litigation Reform Act Informational Letter