# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-5414**  **September Term, 2006**

**06cv01124**

FILED
MAY 1 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Filed On: March 13, 2007** [1027794]

Denard Darnell Neal,
    Appellant

v.

Henry M. Paulson, Jr., Secretary of the Treasury and
William G. Stewart, II, Acting Assistant Director
Executive Office for United States Attorney,
    Appellees

**MANDATE**
Pursuant to the provisions of Fed. R. App.Pro.41(a)

ISSUED: 5/10/07
BY: _____, Deputy Clerk
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

**BEFORE:**  Ginsburg, Chief Judge, and Griffith and Kavanaugh, Circuit Judges

### O R D E R

    Upon consideration of the order to show cause filed January 25, 2007, and the response thereto, it is

    **ORDERED** that the order to show cause be discharged. It is

    **FURTHER ORDERED**, on the court's own motion, that the appeal be dismissed for lack of jurisdiction. The district court's order filed September 20, 2006 does not adjudicate all the claims against all the parties, and the district court has not directed the entry of final judgment; therefore, the order is not final and appealable. See Fed. R. Civ. P. 54(b) (absent express determination that there is no just reason for delay and express direction for the entry of judgment by district court, any order adjudicating fewer than all claims of fewer than all parties is not a final, appealable decision).

    Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk