UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Denard-Darnell: Neal.

Aggrieved Party-Plaintiff                06-1124 (ESH)

   Vs.        CIVIL ACTION 1124 (ESH)

JOHN SNOW, et al.,

   Respondent.

_____

I, Denard-Darnell, Sui Juris, of the Neal Family in the capacity as the Secured Party/Creditor, Holder-In-Due-Course, Trade Name Owner, Record Owner, beneificary of the Original Jurisdiction, International Protected MAN upon the soil of Illinois Republic, Arizona Republic, Florida Republic, and California Republic, hereby submit this Documents by Affidavit, Waving no Powers, and Immuities, by use of International Private copyrighted Statutes without my proper signature and seal.

Notice is hereby given to the UNITED STATES DISTRICT, DISTRICT OF COLUMBIA that the below listed address is the correct mailing address for the Aggrieved Party-Plaintiff. And because Plaintiff was transfer without notice while the institution was in a lock-down Plaintiff had no opporunity to notify the Court of the transfer, so any order issued by the Court btween June 2, 2007 and July 9, 2007 Plaintiff request that the Clerk of court provided Plaintiff with a copy of said order.

Dated: July 11, 2007

Respected Submitted

**RECEIVED**

JUL 1 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*Denard-Darnell Neal*

Denard-Darnell: Neal, Without Prejudice

23843-008, UCC 1-308

UNITED STATES PENITENTIARY

P.O. BOX 019001

ATWATER, CALIFORNIA. 95301-0910