# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

___

**No. 07-5145**

**September Term, 2007**

06cv01124



Denard Darnell Neal,
            Appellant

v.

John Snow, Secretary of the Treasury and William G.
Stewart, II, Acting Assistant Director Executive Office
for United States Attorney,
            Appellees

MANDATE

Pursuant to the provisions of Fed. R. App.Pro.41(a)

ISSUED:

BY:                                   Deputy Clerk

ATTACHED:  ___ Amending Order
           ___ Opinion
           ___ Order on Costs

Filed On:

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED    NOV 29 2007

CLERK

**BEFORE:**    Sentelle, Randolph, and Brown, Circuit Judges

## O R D E R

Upon consideration of the motion for summary affirmance, the opposition thereto, styled "appellant brief/rebuttal/motion for remand for trial," and the reply; and the motion for remand, it is

**ORDERED** that the motion for summary affirmance be granted.  The district court properly dismissed appellant's claims against the Department of Treasury as frivolous.  See 28 U.S.C. § 1915A; Denton v. Hernandez, 504 U.S. 25, 32-33 (1992). The district court also correctly granted summary judgment on appellant's Freedom of Information Act (FOIA) claims against the Executive Office for United States Attorney (EOUSA).  The EOUSA's search for material responsive to appellant's FOIA requests was adequate.  See Oglesby v. United States Dep't of the Army, 920 F.2d 57, 68 (D.C. Cir. 1990).  It is

**FURTHER ORDERED** that the motion for remand be dismissed as moot.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk